## CONSENT TO BE A PARTY PLAINTIFF

I consent to be a party plaintiff in a lawsuit against Ecolab, Inc. and/or related entities in order to seek redress for violations of the Fair Labor Standards Act. I hereby designate Outten & Golden LLP and the Getman Law Office to represent me in the lawsuit.

_____
Signature

_John C. Camacho_
Print name

_11/17/07_
Date

_6592 San Iugo Way_
Address

_Buena Park, CA 90620_
City, State, Zip Code