**OUTTEN & GOLDEN LLP**
Adam T. Klein (AK 3293)
Justin M. Swartz (JS 7989)
Jack A. Raisner (JR 6171)
Rachel M. Bien (RB 6919)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  (212) 245-1000

**GETMAN LAW OFFICE**
Michael J.D. Sweeney (MS 7959)
Matthew Dunn (MD 1103)
Dan Getman (DG 4613)
Tara Bernstein (TB 7733)
9 Paradies Lane
New Paltz, New York 12561
Telephone: (845) 255-9370

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MICHAEL CLARK, individually and on behalf all others similarly situated, <br><br>                      Plaintiff, <br><br>     v. <br><br> ECOLAB, INC., <br><br>                      Defendant. | **CONSENT TO BE A PARTY PLAINTIFF** <br><br> **No. 07-CV-8623** |

## CONSENT TO BE A PARTY PLAINTIFF

I consent to be a party plaintiff in a lawsuit against Ecolab, Inc. and/or related

entities in order to seek redress for violations of the Fair Labor Standards Act. I hereby

designate Outten & Golden LLP and the Getman Law Office to represent me in the

lawsuit.

*Joseph J Frey*
Signature

*Joseph J. FREY*
Print name

*11- 12 - 07*
Date

*12 HEAI D ST*
Address

*AuBurn  MA  01501*
City, State, Zip Code