**OUTTEN & GOLDEN LLP**
Adam T. Klein (AK 3293)
Justin M. Swartz (JS 7989)
Jack A. Raisner (JR 6171)
Rachel M. Bien (RB 6919)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000

**GETMAN LAW OFFICE**
Michael J.D. Sweeney (MS 7959)
Matthew Dunn (MD 1103)
Dan Getman (DG 4613)
Tara Bernstein (TB 7733)
9 Paradies Lane
New Paltz, New York 12561
Telephone: (845) 255-9370

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL CLARK, individually and on behalf all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>ECOLAB, INC.,<br><br>   Defendant. | **CONSENT TO BE A PARTY PLAINTIFF**<br><br>No. 07-CV-8623 |

## CONSENT TO BE A PARTY PLAINTIFF

I consent to be a party plaintiff in a lawsuit against Ecolab, Inc. and/or related entities in order to seek redress for violations of the Fair Labor Standards Act. I hereby designate Outten & Golden LLP and the Getman Law Office to represent me in the lawsuit.

_____  
Signature  

CHRISTOPHER CARY  
Print name  

27 Nov 07  
Date  

_____  
Address [REDACTED]

_____  
City, State, Zip Code [REDACTED]