**OUTTEN & GOLDEN LLP**
Adam T. Klein (AK 3293)
Justin M. Swartz (JS 7989)
Jack A. Raisner (JR 6171)
Rachel M. Bien (RB 6919)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000

**GETMAN LAW OFFICE**
Michael J.D. Sweeney (MS 7959)
Matthew Dunn (MD 1103)
Dan Getman (DG 4613)
Tara Bernstein (TB 7733)
9 Paradies Lane
New Paltz, New York 12561
Telephone: (845) 255-9370

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MICHAEL CLARK, individually and on behalf
all others similarly situated,

                         Plaintiff,

       v.

ECOLAB, INC.,

                         Defendant.

**CONSENT TO BE A PARTY
PLAINTIFF**

**No. 07-CV-8623**

**CONSENT TO BE A PARTY PLAINTIFF**

I consent to be a party plaintiff in a lawsuit against Ecolab, Inc. and/or related

entities in order to seek redress for violations of the Fair Labor Standards Act. I hereby

designate Outten & Golden LLP and the Getman Law Office to represent me in the

lawsuit.

_____
Signature

_DAVID STARKMAN_
Print name

_12/8/07_
Date

Redacted
_____
Address

Redacted
_____
City, State, Zip Code