UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL CLARK, individually and on
behalf of others similarly situated,

                         Plaintiff,                    07-cv-8623

     v.

ECOLAB, INC.,

                        Defendant.

NOTICE OF FILING OF CONSENT TO SUE

Please take notice that the following individuals hereby file consents to sue in this litigation:

Robert C. Magee

Dated: New Paltz, New York
       December 6, 2007

                                          Respectfully submitted,

                                             /s/ Michael Sweeney
                                        Michael J.D. Sweeney, Esq.
                                        Getman Law Office
                                        9 Paradies Lane
                                        New Paltz, New York 12561
                                        Phone: (845) 255-9370
                                        Fax: (845) 255-8649
                                        msweeney@getmanlaw.com