UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL CLARK, individually and on
behalf of others similarly situated,

                                 **Plaintiff,**                        07-cv-8623

        v.

ECOLAB, INC.,

                                 **Defendant.**

NOTICE OF FILING OF CONSENT TO SUE

Please take notice that the following individuals hereby file consents to sue in this litigation:

Richard G. Kresse

Dated: New Paltz, New York
       December 11, 2007

                                                                               Respectfully submitted,

                                                                    /s/ Michael Sweeney
                                                    Michael J.D. Sweeney, Esq.
                                                     Getman Law Office
                                                     9 Paradies Lane
                                                     New Paltz, New York 12561
                                                     Phone: (845) 255-9370
                                                     Fax: (845) 255-8649
                                                     msweeney@getmanlaw.com