

**OUTTEN & GOLDEN LLP**
Adam T. Klein (AK 3293)
Justin M. Swartz (JS 7989)
Jack A. Raisner (JR 6171)
Rachel M. Bien (RB 6919)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  (212) 245-1000

**GETMAN LAW OFFICE**
Michael J.D. Sweeney (MS 7959)
Matthew Dunn (MD 1103)
Dan Getman (DG 4613)
Tara Bernstein (TB 7733)
9 Paradies Lane
New Paltz, New York 12561
Telephone: (845) 255-9370

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MICHAEL CLARK, individually and on behalf
all others similarly situated,

Plaintiff,

v.

ECOLAB, INC.,

Defendant.

**CONSENT TO BE A PARTY PLAINTIFF**

**No. 07-CV-8623**

I consent to be a party plaintiff in the foregoing overtime lawsuit against Ecolab,

Inc. in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29

U.S.C. § 216(b).  I hereby designate Outten & Golden LLP and the Getman Law Office

to represent me in the lawsuit.

_Richard G Kresse_
Signature

**REDACTED**
Address

_Richard G Kresse_
Print name

**REDACTED**
City, State, Zip Code

_12-3-07_
Date

**To be considered for representation by Getman Law Office and Outten & Golden mail the
completed form to Getman Law Office, 9 Paradies Lane, New Paltz, NY 12561 or send it by
fax to # 845-255-8649.**