UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL CLARK, individually and on
behalf of others similarly situated,

                Plaintiff,                07-cv-8623

v.

ECOLAB, INC.,

                Defendant.

### Certificate of Service

I hereby certify that on December 11, 2007, I electronically filed the document Notice of Filing of Consent to Sue of Ricahrd G. Kresse with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

1. Rachel Megan Bien rmb@outtengolden.com

2. Matthew Thomas Dunn mdunn@getmanlaw.com

3. Dan Charles Getman dgetman@getmanlaw.com, agarcia@getmanlaw.com

4. Adam T Klein atk@outtengolden.com

5. Jack A. Raisner jar@outtengolden.com

6. Justin Mitchell Swartz jms@outtengolden.com

And, I hereby certify that I have mailed the foregoing, by the United States Postal Service, to the following non-CM/ECF participants:

1. Rachel M. Bien
   Outten & Golden, L.L.P.
   3 Park Avenue
   29th Floor
   New York, NY 10016

Dated: New Paltz, New York
       December 11, 2007

                                              Respectfully submitted,

/s/ Anibal R. Garcia
Anibal R. Garcia, Paralegal
Getman Law Office
9 Paradies Lane
New Paltz, New York 12561
Phone: (845) 255-9370
Fax: (845) 255-8649
agarcia@getmanlaw.com
