

## Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
MICHAEL CLARK, individually and on
behalf all others similarly situated,
       Plaintiff(s),

     -against-

ECOLAB, INC.,
       Defendant(s).
------------------------------------------------------X

Index No. 07-CV-8623

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                            S.S.:
COUNTY OF NEW YORK)

      ROBERT MILLS, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

      That on the 6th day of December 2007, at approximately 1:30 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT JURY TRIAL DEMANDED, FIRST AMENDED CLASS ACTION COMPLAINT JURY TRIAL DEMANDED, (3) CONSENT TO BE A PARTY PLAINTIFF, OPT-IN FORMS SIGNED BY THE NAMED PLAINTIFFS, LETTER REQUESTING CLASS LIST, DOCUMENT PRESERVATION LETTER AND NON-CONTACT LETTER** upon Ecolab, Inc. c/o CT Corporation System at 111 Eighth Avenue, 13th Floor, New York, NY 10011, by personally delivering and leaving the same with Axia Flores, Process Specialist, who informed deponent that she is an agent authorized by appointment to receive service at that address.

      Axia Flores is a Hispanic female, approximately 34 years of age, stands approximately 5 feet 8 inches tall and weighs approximately 130 pounds with brown hair and brown eyes.

_____
ROBERT MILLS #1004298

Sworn to before me this
10th day of December, 2007

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20___

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com