UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL CLARK, individually and on
behalf of others similarly situated,

                                    Plaintiff,                      07-cv-8623

       v.

ECOLAB, INC.,

                                  Defendant.

---

## NOTICE OF FILING OF CONSENT TO SUE

Please take notice that the following individuals hereby file consents to sue in this litigation:

Rick Watson

Dated: New Paltz, New York
       December 12, 2007

                                              Respectfully submitted,

                                              _____/s/ Michael Sweeney_____
                                              Michael J.D. Sweeney, Esq.
                                              Getman Law Office
                                              9 Paradies Lane
                                              New Paltz, New York 12561
                                              Phone: (845) 255-9370
                                              Fax: (845) 255-8649
                                              msweeney@getmanlaw.com