UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL CLARK, individually and on
behalf of others similarly situated,

          Plaintiff,        07-cv-8623

    v.

ECOLAB, INC.,

          Defendant.

_____

### Certificate of Service

I hereby certify that on December 12, 2007, I electronically filed the document Notice of Filing of Consent to Sue of Rick Watson with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

1.  Rachel Megan Bien rmb@outtengolden.com

2.  Matthew Thomas Dunn mdunn@getmanlaw.com

3.  Dan Charles Getman dgetman@getmanlaw.com, agarcia@getmanlaw.com

4.  Adam T Klein atk@outtengolden.com

5.  Jack A. Raisner jar@outtengolden.com

6.  Justin Mitchell Swartz jms@outtengolden.com

And, I hereby certify that I have mailed the foregoing, by the United States Postal Service, to the following non-CM/ECF participants:

1.  Rachel M. Bien
  Outten & Golden, L.L.P.
  3 Park Avenue
  29th Floor
  New York, NY 10016

Dated: New Paltz, New York
   December 12, 2007

                        Respectfully submitted,

/s/ Anibal R. Garcia
Anibal R. Garcia, Paralegal
Getman Law Office
9 Paradies Lane
New Paltz, New York 12561
Phone: (845) 255-9370
Fax: (845) 255-8649
agarcia@getmanlaw.com