| | |
|---|---|
| OUTTEN & GOLDEN LLP | GETMAN LAW OFFICE |
| Adam T. Klein (AK 3293) | Michael J.D. Sweeney (MS 7959) |
| Justin M. Swartz (JS 7989) | Matthew Dunn (MD 1103) |
| Jack A. Raisner (JR 6171) | Dan Getman (DG 4613) |
| Rachel M. Bien (RB 6919) | Tara Bernstein (TB 7733) |
| 3 Park Avenue, 29th Floor | 9 Paradies Lane |
| New York, New York 10016 | New Paltz, New York 12561 |
| Telephone: (212) 245-1000 | Telephone: (845) 255-9370 |

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

MICHAEL CLARK, individually and on behalf all others similarly situated,

    Plaintiff,

v.

ECOLAB, INC.,

    Defendant.

**CONSENT TO BE A PARTY PLAINTIFF**

No. 07-CV-8623

I consent to be a party plaintiff in the foregoing overtime lawsuit against Ecolab, Inc. in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b). I hereby designate Outten & Golden LLP and the Getman Law Office to represent me in the lawsuit.

_[signature]_
Signature

Brian Fitzpatrick
Print name

11/30/07
Date

Redacted
Address

Redacted
City, State, Zip Code