UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL CLARK, individually and on
behalf of others similarly situated,

                          Plaintiff,                          07-cv-8623

              v.

ECOLAB, INC.,

                          Defendant.

_____

NOTICE OF FILING OF CONSENT TO SUE

Please take notice that the following individuals hereby file consents to sue in this litigation:

Gregory W. Geyer and Lloyd E. McLaughlin

Dated: New Paltz, New York
       December 18, 2007

                                                      Respectfully submitted,

                                                   _____/s/ Michael Sweeney_____
                                                 Michael J.D. Sweeney, Esq.
                                                 Getman Law Office
                                                 9 Paradies Lane
                                                 New Paltz, New York 12561
                                                 Phone: (845) 255-9370
                                                 Fax: (845) 255-8649
                                                 msweeney@getmanlaw.com