Jack A. Raisner (JR-6171)
René S. Roupinian (RR-6695)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000

Dan Getman (DG-4613)
The Getman Law Office
9 Paradies Lane
New Paltz, New York 12561
Telephone: (845) 255-9370

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MICHAEL CLARK, individually and on behalf
all others similarly situated,

          Plaintiff,

v.

ECOLAB, INC.

          Defendant.

CONSENT TO BE A PARTY
PLAINTIFF

No. 07-CV-8623

I consent to be a party plaintiff in the foregoing overtime lawsuit against Ecolab, Inc. in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b). I hereby designate Outten & Golden LLP and the Getman Law Office to represent me in the lawsuit.

_____
Signature

Lloyd E. McLaughlin
Print name

REDACTED
Address

REDACTED
City, State, Zip Code

Date  12-18-07

To be considered for representation by Getman Law Office and Outten & Golden mail the completed form to Getman Law Office, 9 Paradies Lane, New Paltz, NY 12561 or send it by fax to # 845-255-8649.