UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL CLARK, individually and on
behalf of others similarly situated,

                        **Plaintiff,**                                 07-cv-8623

                v.

**ECOLAB, INC.,**

                        **Defendant.**

_____

## Certificate of Service

I hereby certify that on December 18, 2007, I electronically filed the document Notice of Filing of Consent to Sue of Gregory W. Geyer and Lloyd E. McLaughlin with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

1.     Rachel Megan Bien rmb@outtengolden.com

2.     Matthew Thomas Dunn mdunn@getmanlaw.com

3.     .Dan Charles Getman dgetman@getmanlaw.com, agarcia@getmanlaw.com

4.     Adam T Klein atk@outtengolden.com

5.     Jack A. Raisner jar@outtengolden.com

6.     Justin Mitchell Swartz jms@outtengolden.com

And, I hereby certify that I have mailed the foregoing, by the United States Postal Service, to the following non-CM/ECF participants:

1.

Dated: New Paltz, New York
       December 18, 2007

                                                           Respectfully submitted,

                                                           _____/s/ Anibal R. Garcia_____
                                                            Anibal R. Garcia, Paralegal

Getman Law Office
9 Paradies Lane
New Paltz, New York 12561
Phone: (845) 255-9370
Fax: (845) 255-8649
agarcia@getmanlaw.com