**LITTLER MENDELSON, P.C.**
885 Third Avenue, 16th Floor
New York, New York 10022-4834
212.583.9600

Counsel for Defendant
ECOLAB INC.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

CIVIL ACTION NO. 07-8623 (DLC)

MICHAEL CLARK, DAVID STARKMAN,
FRANCO DESIMONE, and JOHN DINISI,
individually and on behalf of all other similarly
situated employees,

        Plaintiffs,

v.

ECOLAB, INC.,

        Defendant.

_____/

## DEFENDANT'S NOTICE OF MOTION AND MOTION
## TO TRANSFER VENUE AND CONSOLIDATE
## <u>CERTAIN PLAINTIFFS WITH FIRST FILED ACTION</u>

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE, that, upon the annexed Declaration of Andrew J. Voss and

declarations and exhibits attached thereto, and the accompanying Memorandum of Law in

Support of Motion to Transfer Venue and Consolidate Certain Claims in First Filed Action,

Defendant Ecolab Inc., by and through its counsel of record, Littler Mendelson, P.C., will and

hereby does move this Court, before the Honorable Denise Cote, Judge of the United States

District Court, Southern District of New York, located at the United States Courthouse, 500 Pearl

Street, New York, New York, on a date and time to be set by the Court if oral argument is requested, for an Order pursuant to 28 U.S.C. § 1404(a), granting Defendant's Motion to Transfer Venue of the claims alleged by Plaintiffs Michael Clark Franco Desimone to the United States District Court for the Middle District of North Carolina, located in Greensboro, North Carolina. Transfer under Section 1404 is warranted based on the convenience of witnesses, the parties, and in the interests of justice.

In addition, Defendant moves this Court to consolidate the remaining claims of Plaintiffs David Starkman and John Dinisi with the claims now pending in the Southern District of New York in a separate civil case entitled *Masson v. Ecolab, Inc.*, Case No. 1:04-cv-4488, before the Honorable Paul A. Crotty, Judge of United States District Court. Such consolidation is appropriate based on the "first filed" rule because the claims alleged by Plaintiffs Starkman and Dinisi fall reasonably within the scope of the claims and legal issues to be determined on behalf of a collective class of individuals conditionally certified in *Masson*.

Dated: December 26, 2007

LITTLER MENDELSON, P.C.
885 Third Avenue, 16th Floor
New York, New York  10022-4834
212.583.9600

By:  /s/ David M. Wirtz
     David M. Wirtz
     dwirtz@littler.com

Andrew J. Voss, Esq.
Minnesota Bar No. 241556
Shirley Lerner
Minnesota Bar No. 151245)
applications to appeal *pro hac vice* forthcoming
Littler Mendelson, P.C.
1300 IDS Center
80 South Eighth Street
Minneapolis, Minnesota  55402
Tel:  (612) 630-1000
Fax: (612) 630-9626
avoss@littler.com

Counsel for DEFENDANT ECOLAB INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of December 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the CM/ECF participants identified below.

Adam T. Klein (atk@outtengolden.com)

Dan Charles Getman (dgetman@getmanlaw.com)

Jack A. Raisner (jar@outtengolden.com)

Justin Mitchell Swartz (jms@outtengolden.com)

Matthew Thomas Dunn (mdunn@getmanlaw.com)

Michael J.D. Sweeney (msweeney@getmanlaw.com)

Tara Margo Bernstein (tbernstein@getmanlaw.com)

Rachel Megan Bien (rmb@outtengolden.com)

/s/ David M. Wirtz_____
David M. Wirtz

Firmwide:83909872.1 057118.1006