# EXHIBIT C

# TO

# DECLARATION OF ANDREW J. VOSS

In Support of Defendant's Motion to Transfer Venue and Consolidate Certain Plaintiffs with First-Filed Action

Re: <u>Clark v. Ecolab, Inc.</u>
     Court File No. 07-CV-8623 (DLC)

# GETMAN LAW OFFICE

9 Paradies Lane
New Paltz, NY 12561
845-255-9370
fax 845-255-8649

Attorneys:
Dan Getman
Tara Bernstein
Michael J.D. Sweeney
Garry G. Geffert*
Edward Tuddenham*
*Of Counsel

June 30, 2006

Jeffrey Brecher
Jackson Lewis LLP
58 South Service Road, Suite 410
Melville, NY 11747

Paralegals:
Anibal R. Garcia
Janice Pickering
Carolyn Mow
Amanda K. Niknam

Re:   *Troy Masson, et al. v. Ecolab, Inc.*, 04 Civ 4488 (PAC)

Dear Mr. Brecher,

    As we recently discussed, my office recently received the enclosed Consent to Sue from Greg Byrne. It is our understanding that he has valid claims and wants to join this case. We seek defendant's consent in joining him in this case, rather than bringing an entirely new action on his behalf. Initiating a new lawsuit would not be the most efficient means of addressing his claims. Given that Mr. Byrne's statute of limitations continues to run until we can file his Consent to Sue with the Court, please advise of defendant's consent to allow him to join by July 7, 2006 or else we will have no choice but to file a new action.

Thank you.

Sincerely,

*Tara Bernstein*

Tara Bernstein