# EXHIBIT D

# TO

# DECLARATION OF ANDREW J. VOSS

In Support of Defendant's Motion to Transfer Venue and Consolidate Certain Plaintiffs with First-Filed Action

Re: <u>Clark v. Ecolab, Inc.</u>
   Court File No. 07-CV-8623 (DLC)

07/28/2006 10:16   8452558649   DAN GETMAN ESQ.   PAGE 02/02
JACKSON LEWIS   NO. 6625   P. 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

TROY MASSON, individually and on behalf
of others similarly situated,

                              Plaintiff,

-against-

ECOLAB, INC.,

                              Defendant.

**VIA ECF**

Civil Action No. CV 04 4488

**STIPULATION AND ORDER PERMITTING GREGORY BURN TO JOIN ACTION**

---------------------------------------------------------X

WHEREAS, Gregory Byrne failed to timely file a consent form to join this action, but now wishes to join this action by filing a consent form:

IT IS HEREBY STIPULATED AND AGREED, by and among the parties to the above-captioned action, through their undersigned counsel, as follows:

1. Defendant will not object to Gregory Byrne's failure to timely file a consent form to join this action upon the condition that he responds to Defendant's Request for Production of Documents and Interrogatories within 30 days from the date his opt-in form is filed with the Court.

2. Failure to time respond to Defendant's Request for Production and Interrogatories will result in dismissal, with prejudice, of his claims in this action.

3. Defendant does not waive its right to object to any other individual who wishes to join this action but who failed to file a timely consent form.

Dated: Melville, New York
July 28, 2006

JEFFREY W. BRECHER, ESQ (JWB1116)
JACKSON LEWIS LLP
Attorneys for Defendant
58 South Service Road, Suite 410
Melville, New York 11747
(631) 247-0417

TARA BERNSTEIN, ESQ. (TB7733)   7/27/06
LAW OFFICES OF DAN GETMAN
Attorneys for Plaintiffs
52 South Manheim Boulevard
New Paltz, New York 12561
(845) 255-9370

SO ORDERED on this _____ day of August, 2006

_____
United States District Judge