# EXHIBIT E

# TO

# DECLARATION OF ANDREW J. VOSS

In Support of Defendant's Motion to Transfer Venue and Consolidate Certain Plaintiffs with First-Filed Action

Re: <u>Clark v. Ecolab, Inc.</u>
   Court File No. 07-CV-8623 (DLC)

# MAPQUEST

**Start:** New York, NY US

**End:** Greensboro, NC US

**Notes:**

Only text visible within note field will print.



## Directions

**Total Est. Time:** 9 hours, 4 minutes   **Total Est. Distance:** 543.79 miles

| | Directions | Distance |
|---|---|---|
| | **1:** Start out going NORTHWEST on KENMARE ST toward ELIZABETH ST. | 0.1 miles |
| | **2:** Turn LEFT onto LAFAYETTE ST. | 0.2 miles |
| | **3:** Turn RIGHT onto CANAL ST. | 0.5 miles |
| | **4:** Turn RIGHT onto HOLLAND TUNNEL / HUDSON ST. | <0.1 miles |
| | **5:** Stay STRAIGHT to go onto HOLLAND TUNNEL / HUDSON ST. Continue to follow HOLLAND TUNNEL (Crossing into NEW JERSEY). | 1.9 miles |
| | **6:** HOLLAND TUNNEL becomes 14TH ST. | 0.2 miles |
| | **7:** 14TH ST becomes I-78 W / NEW JERSEY TPKE EXT W (Portions toll). | 7.9 miles |
| | **8:** Take the TURNPIKE SOUTH / I-95 S exit. | 0.6 miles |
| | **9:** Take the exit toward CARS / TRUCKS-BUSES. | 0.4 miles |
| | **10:** Merge onto NEW JERSEY TURNPIKE S (Portions toll). | 103.7 miles |
| | **11:** NEW JERSEY TURNPIKE S becomes I-295 S (Portions toll) (Crossing into DELAWARE). | 5.5 miles |
| | **12:** Merge onto I-95 S via the exit on the LEFT (Portions toll) (Crossing into MARYLAND). | 93.9 miles |
| | **13:** Merge onto I-495 W / CAPITAL BELTWAY via EXIT 27 toward SILVER SPRING (Crossing into VIRGINIA). | 30.1 miles |
| | **14:** Take the I-95 S exit- EXIT 57A- toward RICHMOND. | 1.2 miles |



| | | | |
|---|---|---|---|
| | **15:** | Merge onto I-395 S. | 0.3 miles |
| | **16:** | I-395 S becomes I-95 S. | 118.0 miles |
| | **17:** | Merge onto I-85 S via EXIT 51 toward DURHAM / ATLANTA (Crossing into NORTH CAROLINA). | 170.9 miles |
| | **18:** | Keep RIGHT to take I-40 W / I-85 BR S via EXIT 131 toward US-70 / GREENSBORO / WINSTON-SALEM. | 3.3 miles |
| | **19:** | Take the E LEE ST / NC-6 exit- EXIT 41- toward US-29 N / US-220 N. | 0.2 miles |
| | **20:** | Keep RIGHT at the fork to go on E LEE ST / NC-6 W. | 3.4 miles |
| | **21:** | Turn RIGHT onto S EUGENE ST. | 0.5 miles |
| | **22:** | Turn RIGHT onto W MARKET ST. | <0.1 miles |
| | **23:** | End at **Greensboro, NC US** | |

**Total Est. Time:** 9 hours, 4 minutes    **Total Est. Distance:** 543.79 miles



**Start:**
New York, NY US

**End:**
Greensboro, NC US

All rights reserved. Use Subject to License/Copyright
These directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. MapQuest and its suppliers assume no responsibility for any loss or delay resulting from such use.