# EXHIBIT F

# TO

# DECLARATION OF
# ANDREW J. VOSS

**In Support of Defendant's Motion to Transfer Venue and
Consolidate Certain Plaintiffs with First-Filed Action**

**Re:  Clark v. Ecolab, Inc.**
     **Court File No. 07-CV-8623 (DLC)**





**Start:**   Coeur D'alene, ID US

**End:**    Greensboro, NC US

**Notes:**

Only text visible within note field will print.

---

## Directions

**Total Est. Time:** 37 hours, 26 minutes    **Total Est. Distance:** 2545.17 miles

| | | Distance |
|---|---|---|
| **START** | **1:** Start out going SOUTH on N 5TH ST toward E GARDEN AVE. | 0.3 miles |
| ← | **2:** Turn LEFT onto E SHERMAN AVE / I-90 BR. | 1.2 miles |
| EAST 90 | **3:** Merge onto I-90 E toward KELLOGG / MISSOULA (Crossing into MONTANA). | 512.5 miles |
| EAST 90 | **4:** Merge onto I-90 E via EXIT 456 toward SHERIDAN (Passing through WYOMING- then crossing into SOUTH DAKOTA). | 702.8 miles |
| SOUTH 29 | **5:** Merge onto I-29 S via EXIT 396A (Crossing into IOWA). | 164.7 miles |
| EAST 680 | **6:** Merge onto I-680 E via EXIT 71 toward DES MOINES. | 16.7 miles |
| EAST 80 | **7:** Merge onto I-80 E via EXIT 29A on the LEFT toward DES MOINES. | 95.5 miles |
| EAST 80 | **8:** Merge onto I-80 E via EXIT 123B toward CHICAGO / MINNEAPOLIS (Crossing into ILLINOIS). | 194.0 miles |
| EAST 74 | **9:** Merge onto I-74 E. | 119.1 miles |
| EAST 74 | **10:** Keep LEFT to take I-74 E via EXIT 157A toward DECATUR / INDIANAPOLIS (Crossing into INDIANA). | 159.8 miles |
| SOUTH 465 | **11:** Merge onto I-465 S / I-74 E via EXIT 73A. | 20.0 miles |
| EAST 74 | **12:** Merge onto I-74 E via EXIT 49 toward CINCINNATI (Crossing into OHIO). | 97.4 miles |
| SOUTH 75 | **13:** Merge onto I-75 S toward LEXINGTON. | 3.7 miles |
| EXIT | **14:** Take the exit on the LEFT. | 0.1 miles |

**15:** Merge onto US-50 E toward DOWNTOWN / I-471 / US-52.    1.4 miles

**16:** Merge onto I-471 S (Crossing into KENTUCKY).    4.8 miles

**17:** Merge onto I-275 E via EXIT 1A on the LEFT toward COLUMBUS- OH (Crossing into OHIO).    11.7 miles

**18:** Merge onto OH-32 E via EXIT 63B toward BATAVIA.    75.2 miles

**19:** Merge onto US-23 S.    22.0 miles

**20:** Turn LEFT onto US-52 E / 11TH ST.    0.1 miles

**21:** Turn SLIGHT LEFT onto US-52 E / 11TH ST. Continue to follow US-52 E.    42.2 miles

**22:** Merge onto US-52 E toward I-64 / US-60 / HUNTINGTON W VA (Portions toll) (Crossing into WEST VIRGINIA).    1.6 miles

**23:** Merge onto I-64 E via the exit on the LEFT toward HUNTINGTON / CHARLESTON (Portions toll).    112.5 miles

**24:** Take I-77 S toward BLUEFIELD (Portions toll) (Crossing into VIRGINIA).    75.6 miles

**25:** Merge onto I-77 S via EXIT 81 toward CHARLOTTE NC (Crossing into NORTH CAROLINA).    37.1 miles

**26:** Merge onto I-74 E via EXIT 101 on the LEFT toward MOUNT AIRY.    12.8 miles

**27:** I-74 E becomes US-52 S.    30.7 miles

**28:** Merge onto I-40 BR E / US-421 S via EXIT 109A toward KERNERSVILLE.    12.7 miles

**29:** Merge onto I-40 E / US-421 S.    12.0 miles

**30:** Merge onto FREEMAN MILL RD via EXIT 218B.    3.0 miles

**31:** FREEMAN MILL RD becomes S EDGEWORTH ST.    0.2 miles

**32:** Turn RIGHT onto W MARKET ST.    0.2 miles

**33:** End at **Greensboro, NC US**

**Total Est. Time:** 37 hours, 26 minutes        **Total Est. Distance:** 2545.17 miles



**Start:**
Coeur D'alene, ID US

**End:**
Greensboro, NC US

All rights reserved. Use Subject to License/Copyright
These directions are informational only. No representation is made or warranty given as to their content, road
conditions or route usability or expeditiousness. User assumes all risk of use. MapQuest and its suppliers assume no
responsibility for any loss or delay resulting from such use.