# EXHIBIT G

# TO

# DECLARATION OF ANDREW J. VOSS

In Support of Defendant's Motion to Transfer Venue and Consolidate Certain Plaintiffs with First-Filed Action

Re: <u>Clark v. Ecolab, Inc.</u>
     Court File No. 07-CV-8623 (DLC)

# MAPQUEST



**Start:** Coeur D'alene, ID US

**End:** New York, NY US

**Notes:**
Only text visible within note field will print.

ⓘ **Notice to Interstate 35W Travelers in the Minneapolis Area:**
Due to the bridge collapse over the Mississippi River in central Minneapolis, Interstate 35W is closed northbound and southbound on both sides of the river. MapQuest is working with the Minnesota Dept. of Transportation to reflect alternate routes established by Mn/DOT. We also recommend visiting the Mn/DOT homepage for additional information. For your safety, please obey all local detour signage and police instructions.

| Directions | Distance |
|---|---|
| **Total Est. Time:** 37 hours, 44 minutes    **Total Est. Distance:** 2544.76 miles | |
| **1:** Start out going SOUTH on N 5TH ST toward E GARDEN AVE. | 0.3 miles |
| **2:** Turn LEFT onto E SHERMAN AVE / I-90 BR. | 1.2 miles |
| **3:** Merge onto I-90 E toward KELLOGG / MISSOULA (Crossing into MONTANA). | 512.5 miles |
| **4:** Merge onto I-94 E (Passing through NORTH DAKOTA- then crossing into MINNESOTA). | 824.8 miles |
| **5:** Merge onto I-694 E via the exit on the LEFT. | 23.8 miles |
| **6:** Merge onto I-94 E via EXIT 58B toward MADISON (Crossing into WISCONSIN). | 248.6 miles |
| **7:** I-94 E becomes I-90 E (Portions toll) (Crossing into ILLINOIS). | 150.3 miles |
| **8:** Keep LEFT to take I-90 E via EXIT 59A toward INDIANA TOLL RD (Portions toll) (Passing through INDIANA- then crossing into OHIO). | 306.0 miles |
| **9:** Merge onto I-80 E (Portions toll). | 76.2 miles |
| **10:** Merge onto I-80 E via EXIT 218 toward YOUNGSTOWN (Passing through PENNSYLVANIA- then crossing into NEW JERSEY). | 373.6 miles |

| | | | |
|---|---|---|---|
| | **11:** | Keep LEFT to take I-80 EXPRESS LN E via EXIT 45. | 1.9 miles |
| | **12:** | Merge onto I-280 E via EXIT 47A on the LEFT toward THE ORANGES / NEWARK. | 16.5 miles |
| | **13:** | Merge onto CR-508 E via EXIT 17A toward JERSEY CITY. | 1.8 miles |
| | **14:** | CR-508 E becomes NEWARK-JERSEY CITY TURNPIKE. | 1.0 miles |
| | **15:** | NEWARK-JERSEY CITY TURNPIKE becomes NJ-7 E. | 0.3 miles |
| | **16:** | NJ-7 E becomes US-1 9 TRUCK / US-1 TRUCK / US-9 TRUCK / US-1 & 9-TRUCK. | 0.4 miles |
| | **17:** | Merge onto NJ-139 E. | 1.3 miles |
| | **18:** | NJ-139 E becomes 12TH ST. | 0.2 miles |
| | **19:** | 12TH ST becomes BOYLE PLZ (Portions toll). | <0.1 miles |
| | **20:** | BOYLE PLZ becomes HOLLAND TUNNEL (Crossing into NEW YORK). | 1.8 miles |
| | **21:** | Turn SLIGHT LEFT to stay on HOLLAND TUNNEL. | 0.1 miles |
| | **22:** | Take EXIT 5 on the LEFT toward CANAL ST EAST. | <0.1 miles |
| | **23:** | Turn SLIGHT RIGHT onto LAIGHT ST. | <0.1 miles |
| | **24:** | Turn RIGHT onto CANAL ST. | 0.3 miles |
| | **25:** | Turn LEFT onto CENTRE ST. | 0.2 miles |
| | **26:** | CENTRE ST becomes CLEVELAND PL. | <0.1 miles |
| | **27:** | Turn RIGHT onto KENMARE ST. | 0.1 miles |
| | **28:** | End at **New York, NY US** | |

**Total Est. Time:** 37 hours, 44 minutes         **Total Est. Distance:** 2544.76 miles



**Start:**
Coeur D'alene, ID US

**End:**
New York, NY US

All rights reserved. Use Subject to License/Copyright
These directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. MapQuest and its suppliers assume no responsibility for any loss or delay resulting from such use.