# EXHIBIT H

# TO

# DECLARATION OF ANDREW J. VOSS

In Support of Defendant's Motion to Transfer Venue and Consolidate Certain Plaintiffs with First-Filed Action

Re: <u>Clark v. Ecolab, Inc.</u>
    Court File No. 07-CV-8623 (DLC)



**Start:** Concord, CA US

**End:** New York, NY US

**Notes:**

Only text visible within note field will print.



**Directions** | **Distance**

**Total Est. Time:** 42 hours, 18 minutes    **Total Est. Distance:** 2890.52 miles

| | Direction | Distance |
|---|---|---|
| 1: | Start out going SOUTHWEST on WILLOW PASS RD toward EAST ST. | 1.6 miles |
| 2: | Merge onto I-680 N toward SACRAMENTO (Portions toll). | 19.6 miles |
| 3: | Merge onto I-80 E toward SACRAMENTO (Passing through NEVADA- then crossing into UTAH). | 696.6 miles |
| 4: | Merge onto I-80 E via EXIT 304 toward CHEYENNE (Passing through WYOMING and NEBRASKA- then crossing into IOWA). | 1054.6 miles |
| 5: | Merge onto I-80 E via EXIT 123B toward CHICAGO / MINNEAPOLIS. | 166.6 miles |
| 6: | Merge onto I-280 E via EXIT 290 toward ROCK ISLAND / MOLINE (Crossing into ILLINOIS). | 27.4 miles |
| 7: | I-280 E becomes I-80 E (Portions toll) (Crossing into INDIANA). | 168.3 miles |
| 8: | Merge onto I-80 E via EXIT 16 toward OHIO (Portions toll) (Crossing into OHIO). | 354.9 miles |
| 9: | Merge onto I-80 E via EXIT 218 toward YOUNGSTOWN (Passing through PENNSYLVANIA- then crossing into NEW JERSEY). | 373.6 miles |
| 10: | Keep LEFT to take I-80 EXPRESS LN E via EXIT 45. | 1.9 miles |
| 11: | Merge onto I-280 E via EXIT 47A on the LEFT toward THE ORANGES / NEWARK. | 16.5 miles |
| 12: | Merge onto CR-508 E via EXIT 17A toward JERSEY CITY. | 1.8 miles |
| 13: | CR-508 E becomes NEWARK-JERSEY CITY TURNPIKE. | 1.0 miles |
| 14: | NEWARK-JERSEY CITY TURNPIKE becomes NJ-7 E. | 0.3 miles |

| | | | |
|---|---|---|---|
| ↑ | **15:** | NJ-7 E becomes US-1 9 TRUCK / US-1 TRUCK / US-9 TRUCK / US-1 & 9-TRUCK. | 0.4 miles |
| EAST 139 | **16:** | Merge onto NJ-139 E. | 1.3 miles |
| ↑ | **17:** | NJ-139 E becomes 12TH ST. | 0.2 miles |
| ↑ | **18:** | 12TH ST becomes BOYLE PLZ (Portions toll). | <0.1 miles |
| ↑ | **19:** | BOYLE PLZ becomes HOLLAND TUNNEL (Crossing into NEW YORK). | 1.8 miles |
| ↖ | **20:** | Turn SLIGHT LEFT to stay on HOLLAND TUNNEL. | 0.1 miles |
| EXIT 5 | **21:** | Take EXIT 5 on the LEFT toward CANAL ST EAST. | <0.1 miles |
| ↗ | **22:** | Turn SLIGHT RIGHT onto LAIGHT ST. | <0.1 miles |
| → | **23:** | Turn RIGHT onto CANAL ST. | 0.3 miles |
| ← | **24:** | Turn LEFT onto CENTRE ST. | 0.2 miles |
| ↑ | **25:** | CENTRE ST becomes CLEVELAND PL. | <0.1 miles |
| → | **26:** | Turn RIGHT onto KENMARE ST. | 0.1 miles |
| END | **27:** | End at **New York, NY US** | |

**Total Est. Time:** 42 hours, 18 minutes        **Total Est. Distance:** 2890.52 miles



**Start:**
Concord, CA US

**End:**
New York, NY US

All rights reserved. Use Subject to License/Copyright
These directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. MapQuest and its suppliers assume no responsibility for any loss or delay resulting from such use.