# EXHIBIT I

# TO

# DECLARATION OF ANDREW J. VOSS

**In Support of Defendant's Motion to Transfer Venue and Consolidate Certain Plaintiffs with First-Filed Action**

Re: <u>Clark v. Ecolab, Inc.</u>
     **Court File No. 07-CV-8623 (DLC)**



# MAPQUEST

**Start:** Concord, CA US

**End:** Greensboro, NC US

**Notes:**
Only text visible within note field will print.

| Directions | Distance |
|---|---|
| **Total Est. Time:** 40 hours, 26 minutes   **Total Est. Distance:** 2760.10 miles | |
| **1:** Start out going SOUTHWEST on WILLOW PASS RD toward EAST ST. | 0.3 miles |
| **2:** Turn RIGHT onto GALINDO ST. | <0.1 miles |
| **3:** GALINDO ST becomes CONCORD AVE. | 0.3 miles |
| **4:** Merge onto CA-242 S toward OAKLAND. | 1.8 miles |
| **5:** Merge onto I-680 S via the exit on the LEFT toward OAKLAND / SAN JOSE. | 19.8 miles |
| **6:** Merge onto I-580 E toward STOCKTON. | 37.5 miles |
| **7:** I-580 E becomes I-5 S. | 167.2 miles |
| **8:** Take the CA-46 exit- EXIT 278- toward LOST HILLS / WASCO. | 0.3 miles |
| **9:** Turn LEFT onto CA-46 / PASO ROBLES HWY. Continue to follow CA-46. | 25.2 miles |
| **10:** Merge onto CA-99 S. | 20.4 miles |
| **11:** Merge onto CA-58 E via EXIT 24 toward TEHACHAPI / MOJAVE. | 125.9 miles |
| **12:** Merge onto I-15 N via the exit on the LEFT toward LAS VEGAS. | 4.4 miles |
| **13:** Keep RIGHT to take I-40 E toward LAS VEGAS (Passing through ARIZONA- NEW MEXICO- TEXAS- OKLAHOMA- and ARKANSAS- then crossing into TENNESSEE). | 1693.3 miles |
| **14:** Merge onto I-40 E via EXIT 12C on the LEFT toward NASHVILLE (Crossing into NORTH CAROLINA). | 659.5 miles |

Driving Directions from 8628 PACA to Greensboro NC
Case 1:07-cv-08623-PAC Document 36-10    Filed 12/26/2007    Page 3 of 4
Page 2 of 3

| | | | |
|---|---|---|---|
|  | **15:** | Merge onto FREEMAN MILL RD via EXIT 218B. | 3.0 miles |
| | **16:** | FREEMAN MILL RD becomes S EDGEWORTH ST. | 0.2 miles |
| | **17:** | Turn RIGHT onto W MARKET ST. | 0.2 miles |
| END | **18:** | End at **Greensboro, NC US** | |

**Total Est. Time:** 40 hours, 26 minutes     **Total Est. Distance:** 2760.10 miles



**Start:**
Concord, CA US

**End:**
Greensboro, NC US




All rights reserved. Use Subject to License/Copyright
These directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. MapQuest and its suppliers assume no responsibility for any loss or delay resulting from such use.