# EXHIBIT J

# TO

# DECLARATION OF ANDREW J. VOSS

In Support of Defendant's Motion to Transfer Venue and Consolidate Certain Plaintiffs with First-Filed Action

Re: <u>Clark v. Ecolab, Inc.</u>
     Court File No. 07-CV-8623 (DLC)

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| NEW YORK SOUTHERN | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2006 | 2005 | 2004 | 2003 | 2002 | 2001 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 12,201 | 12,945 | 12,422 | 12,321 | 13,937 | 12,783 | | |
| | Terminations | | 11,339 | 11,346 | 11,471 | 10,780 | 12,618 | 11,247 | | |
| | Pending | | 20,047 | 19,302 | 17,638 | 17,275 | 16,198 | 15,818 | | |
| | % Change in Total Filings | Over Last Year | -5.8 | | | | | | 56 | 5 |
| | | Over Earlier Years | | -1.8 | -1.0 | -12.5 | -4.6 | | 59 | 2 |
| Number of Judgeships | | | 28 | 28 | 28 | 28 | 28 | 28 | | |
| Vacant Judgeship Months** | | | 2.0 | 6.3 | 8.8 | 33.3 | 15.8 | .0 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 435 | 462 | 444 | 441 | 498 | 457 | 43 | 3 |
| | | Civil | 385 | 409 | 388 | 381 | 441 | 420 | 21 | 3 |
| | | Criminal Felony | 34 | 40 | 44 | 47 | 48 | 37 | 87 | 6 |
| | | Supervised Release Hearings** | 16 | 13 | 12 | 13 | 9 | - | 64 | 5 |
| | Pending Cases | | 716 | 689 | 630 | 617 | 579 | 565 | 8 | 2 |
| | Weighted Filings** | | 501 | 551 | 527 | 513 | 539 | 560 | 28 | 3 |
| | Terminations | | 405 | 405 | 410 | 385 | 451 | 402 | 55 | 3 |
| | Trials Completed | | 13 | 15 | 16 | 17 | 15 | 15 | 71 | 3 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 16.7 | 14.5 | 11.9 | 11.8 | 13.3 | 12.3 | 93 | 6 |
| | | Civil** | 8.3 | 8.8 | 8.1 | 8.4 | 8.3 | 7.2 | 23 | 1 |
| | From Filing to Trial** (Civil Only) | | 25.7 | 22.0 | 26.8 | 22.6 | 23.0 | 24.4 | 48 | 1 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 3,107 | 2,652 | 1,656 | 1,312 | 1,230 | 1,585 | | |
| | | Percentage | 18.4 | 16.7 | 11.6 | 9.2 | 9.2 | 12.1 | 89 | 6 |
| | Average Number of Felony Defendants Filed Per Case | | 1.7 | 1.9 | 1.7 | 1.5 | 1.5 | 1.6 | | |
| | Jurors | Avg. Present for Jury Selection | 96.33 | 99.86 | 88.01 | 82.96 | 83.28 | 73.12 | | |
| | | Percent Not Selected or Challenged | 60.4 | 62.0 | 53.1 | 54.8 | 61.9 | 53.2 | | |

| 2006 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 10793 | 230 | 767 | 1147 | 88 | 38 | 945 | 2257 | 1622 | 835 | 1374 | 66 | 1424 |
| Criminal* | 943 | 5 | 269 | 170 | 111 | 225 | 29 | 28 | 11 | 24 | 24 | 9 | 38 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."