# EXHIBIT K

# TO

# DECLARATION OF
# ANDREW J. VOSS

**In Support of Defendant's Motion to Transfer Venue and Consolidate Certain Plaintiffs with First-Filed Action**

**Re:  <u>Clark v. Ecolab, Inc.</u>**
**Court File No. 07-CV-8623 (DLC)**

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **NO. CAROLINA MIDDLE** | | 2006 | 2005 | 2004 | 2003 | 2002 | 2001 | Numerical Standing | |
| | | | | | | | | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | 1,713 | 1,705 | 1,761 | 1,713 | 1,510 | 1,583 | | |
| | Terminations | 1,747 | 1,693 | 1,671 | 1,598 | 1,609 | 1,579 | | |
| | Pending | 1,295 | 1,360 | 1,365 | 1,272 | 1,148 | 1,235 | | |
| | % Change in Total Filings — Over Last Year | | .5 | | | | | 18 | 2 |
| | Over Earlier Years | | | -2.7 | .0 | 13.4 | 8.2 | 33 | 4 |
| | Number of Judgeships | 4 | 4 | 4 | 4 | 4 | 4 | | |
| | Vacant Judgeship Months** | 7.9 | .0 | .0 | .0 | .0 | .0 | | |
| ACTIONS PER JUDGESHIP | FILINGS — Total | 428 | 427 | 441 | 429 | 378 | 396 | 46 | 5 |
| | Civil | 294 | 298 | 308 | 308 | 269 | 305 | 53 | 6 |
| | Criminal Felony | 98 | 97 | 100 | 95 | 89 | 91 | 24 | 3 |
| | Supervised Release Hearings** | 36 | 32 | 33 | 26 | 20 | - | 18 | 3 |
| | Pending Cases | 324 | 340 | 341 | 318 | 287 | 309 | 68 | 5 |
| | Weighted Filings** | 409 | 413 | 437 | 424 | 372 | 408 | 60 | 7 |
| | Terminations | 437 | 423 | 418 | 400 | 402 | 395 | 49 | 5 |
| | Trials Completed | 28 | 21 | 24 | 22 | 19 | 20 | 17 | 4 |
| MEDIAN TIMES (months) | From Filing to Disposition — Criminal Felony | 6.3 | 6.5 | 5.9 | 5.2 | 6.5 | 5.8 | 11 | 2 |
| | Civil** | 11.0 | 12.6 | 10.8 | 11.5 | 11.3 | 9.3 | 67 | 7 |
| | From Filing to Trial** (Civil Only) | - | 18.0 | 19.0 | 21.5 | 18.0 | 26.7 | - | - |
| OTHER | Civil Cases Over 3 Years Old** — Number | 51 | 52 | 48 | 49 | 43 | 19 | | |
| | Percentage | 5.1 | 4.9 | 4.4 | 4.6 | 4.5 | 1.9 | 40 | 5 |
| | Average Number of Felony Defendants Filed Per Case | 1.4 | 1.2 | 1.2 | 1.2 | 1.2 | 1.4 | | |
| | Jurors — Avg. Present for Jury Selection | 41.61 | 40.29 | 34.16 | 38.71 | 33.08 | 39.29 | | |
| | Percent Not Selected or Challenged | 36.1 | 35.7 | 26.2 | 32.8 | 28.6 | 35.9 | | |

| 2006 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 1176 | 81 | 76 | 495 | 44 | 8 | 39 | 108 | 51 | 80 | 138 | - | 56 |
| Criminal* | 393 | 9 | 123 | 34 | 132 | 29 | 33 | 5 | 8 | 1 | 5 | 2 | 12 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."