LITTLER MENDELSON, P.C.
885 Third Avenue, 16th Floor
New York, New York 10022-4834
212.583.9600

Counsel for Defendant
ECOLAB INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CIVIL ACTION NO. 07-8623 (DLC)

MICHAEL CLARK, DAVID STARKMAN,
FRANCO DESIMONE, and JOHN DINISI,
individually and on behalf of all other similarly
situated employees,

    Plaintiffs,

v.

ECOLAB, INC.,

    Defendant.

_____/

**SUPPLEMENTAL DECLARATION OF ANDREW J. VOSS IN SUPPORT OF
DEFENDANT'S MOTION TO TRANSFER VENUE AND
CONSOLIDATE CERTAIN PLAINTIFFS WITH FIRST-FILED ACTION**

I, ANDREW J. VOSS, declare the following:

1. I am an attorney with the law firm of Littler Mendelson, P.C., counsel for Defendant Ecolab Inc. in the above-entitled action. I make this declaration based on my own personal knowledge.

2. Attached to this Declaration as Exhibit L is a true and accurate copy of the unreported decision in the matter of *Jumapao v. Washington Mutual Bank, N.A*, 2007 U.S. Dist. LEXIS 88216 (S.D. Cal.).

3.  Attached to this Declaration as Exhibit M is a true and accurate copy of the unreported decision in the matter of *Freeman v. Hoffman – La Roche Inc.*, 2007 U.S. Dist. LEXIS 23132 (S.D.N.Y.).

4.  Attached to this Declaration as Exhibit N is a true and accurate copy of the unreported decision in the matter of *Age Group Limited v. Regal Logistics, Corp.*, 2007 U.S. Dist. LEXIS 62476 (S.D. Cal.).

5.  Attached to this Declaration as Exhibit O is a true and accurate copy of the unreported decision in the matter of *Butcher v. Gerber Prods. Co.*, 2007 U.S. Dist. LEXIS 11869 (S.D.N.Y.).

6.  Attached to this Declaration as Exhibit P is a true and accurate copy of the unreported decision in the matter of *Earley v. BJ's Wholesale Club, Inc.*, 2007 U.S. Dist. LEXIS 40125 (S.D.N.Y.).

7.  Attached to this Declaration as Exhibit Q is a true and accurate copy of the Order Granting Defendant's Motion to Transfer Venue to the Southern District of Ohio in the matter of *Foster v. Nationwide Mutual Insurance Co.*, Case No. C 07-04928 (N.D. Cal.).

8.  Attached to this Declaration as Exhibit R is a true and accurate copy of the unreported decision in the matter of *Evancho v. Sanofi-Aventis U.S., Inc.*, Case No. C 07-00098 SI, 2007 WL 1302985 (N.D. Cal.).

9.  Attached to this Declaration as Exhibit S is a true and accurate copy of the unreported decision in the matter of *In re Funeral Consumers Antitrust Litigation*, Case No. C 05-01804 WHA, et al., 2005 WL 2334362 (N.D. Cal. 2005).

I declare under penalty of perjury that the foregoing is true and correct.

*[signature]*
Andrew J. Voss

Dated: December 26, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of December 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the CM/ECF participants identified below.

Adam T. Klein (atk@outtengolden.com)

Dan Charles Getman (dgetman@getmanlaw.com)

Jack A. Raisner (jar@outtengolden.com)

Justin Mitchell Swartz (jms@outtengolden.com)

Matthew Thomas Dunn (mdunn@getmanlaw.com)

Michael J.D. Sweeney (msweeney@getmanlaw.com)

Tara Margo Bernstein (tbernstein@getmanlaw.com)

Rachel Megan Bien (rmb@outtengolden.com)

/s/ David M. Wirtz
David M. Wirtz

Firmwide:83910868.1 057118.1006