**LITTLER MENDELSON, P.C.**
885 Third Avenue, 16th Floor
New York, New York  10022-4834
212.583.9600

Counsel for Defendant
ECOLAB INC.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

CIVIL ACTION NO. 07-8623 (DLC)

MICHAEL CLARK, DAVID STARKMAN,
FRANCO DESIMONE, and JOHN DINISI,
individually and on behalf of all other similarly
situated employees,

      Plaintiffs,

v.

ECOLAB, INC.,

      Defendant.
_____/

### DEFENDANT'S CERTIFICATE PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Ecolab Inc. hereby certifies that Defendant is a for-profit, publicly-traded company, and that Henkel KGaA and Henkel Corporation are each publicly-traded entities that own ten (10%) or more of Ecolab Inc. stock, respectively.

Dated:  January 4, 2008

LITTLER MENDELSON, P.C.
885 Third Avenue, 16th Floor
New York, New York  10022-4834
212.583.9600

By:  /s/ David M. Wirtz
    David M. Wirtz, Esq.
    dwirtz@littler.com

- 2 -

Andrew J. Voss, Esq.
Minnesota Bar No. 241556
Shirley Lerner, Esq.
Minnesota Bar No. 151245
applications to appeal *pro hac vice* forthcoming
Littler Mendelson, P.C.
1300 IDS Center
80 South Eighth Street
Minneapolis, Minnesota  55402
Tel:  (612) 630-1000
Fax: (612) 630-9626
avoss@littler.com
slerner@littler.com

Counsel for DEFENDANT ECOLAB INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of January, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the CM/ECF participants identified below.

Adam T. Klein (atk@outtengolden.com)

Dan Charles Getman (dgetman@getmanlaw.com)

Jack A. Raisner (jar@outtengolden.com)

Justin Mitchell Swartz (jms@outtengolden.com)

Matthew Thomas Dunn (mdunn@getmanlaw.com)

Michael J.D. Sweeney (msweeney@getmanlaw.com)

Tara Margo Bernstein (tbernstein@getmanlaw.com)

Rachel Megan Bien (rmb@outtengolden.com)

/s/ David M. Wirtz
David M. Wirtz

Firmwide:83978406.1 057118.1006

- 3 -