# EXHIBIT 3

**From:**   Swartz, Justin

**Sent:**   Thursday, October 18, 2007 10:58 AM

**To:**   'Marlon_Ovalles@nysd.uscourts.gov'

**Cc:**   'Michael Sweeney'; Bien, Rachel; 'BrecherJ@jacksonlewis.com'

**Subject:** RE: Clark v. Ecolab, Inc. - 07 Civ 8623 - (UNA)

Mr. Ovalles

I have pasted below Ecolab's response to our inquiry as to its position on whether *Clark* is related to *Masson* and *English*. I have also copied Ecolab's counsel in *Masson* and *English* on this email.  Please let me know if the Court has any further questions.

Best regards,

Justin
Justin M. Swartz
Outten & Golden LLP
3 Park Avenue, 29th Floor
New York, NY 10016
Tel:  (212)-245-1000
Fax:  (646)-390-6523
www.outtengolden.com

----- Original Message -----
**From:** Brecher, Jeffrey (Long Island)
**To:** Michael Sweeney
**Sent:** Wednesday, October 17, 2007 12:34 PM
**Subject:** RE: Clark v. Ecolab

Mike:

Ecolab does not believe that the cases are related.  However, we will not be representing Ecolab in the Clark case.

1/14/2008