# EXHIBIT 4

ecolab @msc 111507 transcript of oral arguments for sj motions

1

7BF8ENGC
```
 1   UNITED STATES DISTRICT COURT
 1   SOUTHERN DISTRICT OF NEW YORK
 2   -----------------------------x
 2
 3   JIMMY ENGLISH, individually and
 3   on behalf of others similarly
 4   situated,
 4
 5                      Plaintiffs,
 5
 6          v.                               06 Cv. 5672 (PAC)
 6
 7   ECOLAB, INC.,
 7
 8                      Defendant.
 8
 9   -----------------------------x
 9
10                                           November 15, 2007
10                                           3:55 p.m.
11
11   Before:
12
12                        HON. PAUL A. CROTTY
13
13                                           District Judge
14
14                            APPEARANCES
15
15   LAW OFFICE OF DAN GETMAN
16        Attorneys for Plaintiffs
16   BY:  MICHAEL J.D. SWEENEY
17        MATTHEW DUNN
18   OUTTEN & GOLDEN LLP
18        Attorneys for Plaintiffs
19   BY:  JUSTIN M. SWARTZ
19
20   JACKSON LEWIS LLP
20        Attorneys for Defendant
21   BY:  JEFFREY W. BRECHER
21        MARC S. WENGER
22
22
23
23
24
24
25
25
```

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

2

7BF8ENGC
```
 1            (Case called)
 2            THE DEPUTY CLERK:  For the plaintiffs please state
 3   your appearances for the record.
 4            MR. SWEENEY:  Michael Sweeney from the Getman law
 5   office, along with Matt Dunn for the plaintiffs.
 6            MR. SWARTZ:  Justin Swartz from Outten & Golden.
 7            MR. BRECHER:  Good afternoon, your Honor.  Jeffrey
 8   Brecher, Jackson Lewis, on behalf of the defendant Ecolab.
```
Page 1

ecolab @msc 111507 transcript of oral arguments for sj motions
SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

35

7BF8ENGC
1   evidence that Congress did not intend to make any change to the
2   motor carrier exemption, to enforce it.
3               THE COURT:  Have you looked at the Second Circuit's
4   record in the Supreme Court of the United States last term?
5               MR. BRECHER:  No, Judge, I can't say I have studied
6   it.
7               THE COURT:  They were reversed seven out of eight
8   times.  I am very leery to rewrite an act of Congress.  It says
9   commercial.  You have agreed on what commercial means.  Now you
10  are saying I can draw some comfort from a Second Circuit
11  decision where they rewrote a statute.  They didn't rewrite
12  this statute; they rewrote another statute.  Why should I do
13  that?
14              MR. BRECHER:  If all I presented to you was, yes, the
15  word says commercial and that you should enforce it, yes, you
16  would enforce it as written.  But what we presented to you is
17  evidence that there was no knowledge by the Department of Labor
18  prior to it.  The Department of Transportation, which was
19  responsible for SAFETEA-LU, has sought to correct the change.
20              THE COURT:  Mr. Brecher, the fact that they have
21  sought to correct it means the change has been made.
22              MR. BRECHER:  Yes, if you interpret it literally.
23              THE COURT:  If people are seeking a change from
24  Congress, why should a lowly district court here in the
25  Southern District of New York change the statute?  Why
SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

36

7BF8ENGC
1   shouldn't we just abide the Congressional action or inaction?
2               MR. BRECHER:  I disagree with your characterization of
3   this Court.
4               THE COURT:  Thank you, but you have my point.
5               MR. BRECHER:  This is not the usual case.  It's not
6   something that occurs very often.  Here, when you have the
7   agency that was responsible for affecting the change telling
8   you it's a mistake.  You have no support in the enormous
9   legislative history that a change was intended.  For the courts
10  to turn a blind eye to it is not what the Second Circuit has
11  said, and I don't believe it's what the Supreme Court would say
12  either.
13              THE COURT:  All right.  Your best cases are the
14  Grinker case and Judge Gleeson's case in the Eastern District?
15              MR. BRECHER:  Judge Gleeson, in the Southern District,
16  he said, Let me look at this statute.
17              THE COURT:  In the Eastern District.
18              MR. BRECHER:  In the Eastern District.  Let me look at
19  this statute.  If I apply the literal terms of this, you know
20  what, they are going to lose.  But, he said, I can't apply this
21  literally.
22              THE COURT:  I have been thinking about this, and I
23  have always been troubled by your argument on the motor carrier
24  exemption.  Because it seemed to me that what happened with the
25  motor carrier exemption, it takes everybody out from under the
SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

37

7BF8ENGC
1   protection of the Department of Labor and the Fair Labor
Page 17

```
       ecolab @msc 111507 transcript of oral arguments for sj motions
 2     Standards Act, and what the Department of Transportation did
 3     then was it regulated the people who were driving the larger
 4     vehicles, the semitractor-trailers and the large straight
 5     trucks, but didn't regulate in any way the smaller trucks.  So
 6     it left those people without the protection of any kind of
 7     protective shield which the Department of Transportation gave
 8     to drivers of bigger trucks, and that was always anomalous to
 9     me.  So at least now you have a legislative scheme that says,
10     well, the big trucks can be regulated by the Department of
11     Transportation and the small trucks can be regulated by the
12     Department of Labor under the Department of Labor standards.
13     To me it makes perfect sense, even though I credit what you say
14     that there is nothing in the legislative history about this.
15             MR. BRECHER:  I think it is indisputable that it was
16     inadvertent and the question is, what do you do about it?  Do
17     you allow an inadvertent change to overrule Second Circuit
18     cases, hundreds of other cases throughout the country for 70
19     years, when we all know that it was inadvertent?
20             THE COURT:  All right.  I have your point.
21         I don't think I need much more on this, Mr. Sweeney.
22         MR. SWEENEY:  Your Honor, I rest.  Thank you.
23             THE COURT:  I am going to attend to this as quickly as
24     possible.  I have been holding off on the collective action
25     motion, which was argued back in February, and I reread those
                   SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300
```
                                                                          38

```
       7BF8ENGC
 1     papers again.  What I am going to try to do as quickly as I
 2     possibly can is dispose of the collective action motion, which
 3     was briefed and argued back in February, and this motion I will
 4     do as quickly as possible.
 5             Thank you for the argument.  I appreciate it.
 6             (Adjourned)
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                   SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300
```