# EXHIBIT 6

## DESCRIPTION OF BUSINESS

Ecolab is the global leader in cleaning, sanitizing, food safety and infection control products and services. Founded in 1923 and headquartered in St. Paul, Minn., Ecolab has been partnering with customers for more than 80 years. Ecolab reaches customers in more than 160 countries across North America, Europe, Asia Pacific, Latin America, the Middle East and Africa, and employs more than 23,000 associates worldwide. Ecolab delivers comprehensive programs and services to the foodservice, food and beverage processing, hospitality, healthcare, government and education, retail, textile care, commercial facilities, and vehicle wash industries.

Ecolab is committed to assisting customers worldwide with their unique needs by providing them with comprehensive, value-added solutions and professional, personal service. With more than 13,000 sales-and-service experts, Ecolab employs the industry's largest and best-trained direct sales-and-service force, which advises and assists customers in meeting a full range of cleaning, sanitation and service needs. For more information, visit www.ecolab.com or call 1-800-35-CLEAN.

Ecolab common stock is traded on the New York Stock Exchange under the symbol ECL. Ecolab news releases and other selected investor information are available at www.ecolab.com.

## FORWARD-LOOKING STATEMENTS AND RISK FACTORS

We refer readers to the company's disclosure, entitled "Forward-Looking Statements and Risk Factors," which is located on page 26 of this Annual Report.

**CUSTOMER SEGMENTS**
Full-service restaurants
Quickservice restaurants
Hotels
Food retail
Schools
Colleges and universities
Laundries and textile rental
Hospitals
Nursing homes
Other healthcare facilities
Dairy farms and plants
Food, beverage and brewery plants
Pharmaceutical and cosmetic facilities
Office buildings
Shopping malls
Retail facilities
Movie theaters
Recreational facilities
Amusement parks
Building service contractors
Cruise lines
Correctional facilities
Government facilities
Airlines
Light manufacturing industries
Vehicle wash and detailing

**MARKETS SERVED**
United States
Europe/Middle East/Africa
Asia Pacific
Canada
Latin America

**BUSINESS MIX 2006**
PERCENT OF TOTAL SALES



UNITED STATES 53%
- Institutional 27%
- Food & Beverage 8%
- Pest Elimination 6%
- Kay 5%
- GCS Service 3%
- Healthcare 1%
- Vehicle Care 1%
- Textile Care 1%
- Water Care Services 1%

■ INTERNATIONAL 47%
Europe/Middle East/Africa 32%
Asia Pacific 7%
Latin America 4%
Canada 3%
Other 1%

**SALES-AND-SERVICE ASSOCIATES**

| DECEMBER 31 | 2004 | 2005 | 2006 |
|---|---|---|---|
| | | | 3,490 |
| | | | 355 |
| | | | 1,900 |
| | | | 80 |
| | | | 465 |
| | | | 80 |
| | | | 435 |
| | | | 115 |
| | | | 105 |
| | | | 4,225 |
| | | | 1,070 |
| | | | 395 |
| | | | 715 |
| TOTAL | 12,280 | 12,910 | 13,430 |



| NET SALES DOLLARS IN MILLIONS | NET INCOME DOLLARS IN MILLIONS | DILUTED NET INCOME PER SHARE DOLLARS | DIVIDENDS DECLARED PER SHARE DOLLARS |
|---|---|---|---|
| 02 03 04 05 **06** $4,896 | 02 03 04 05 **06** $369 | 02 03 04 05 **06** $1.43 | 02 03 04 05 **06** $0.4150 |

| FINANCIAL HIGHLIGHTS THOUSANDS, EXCEPT PER SHARE | **2006** | 2005 | 2004 | PERCENT CHANGE **2006** | 2005 |
|---|---|---|---|---|---|
| | $4,895,814 | | | 8% | |
| | 368,615 | | | 15 | |
| | 7.5% | | | | |
| | 1.43 | | | 16 | |
| | 257,144 | | | (1) | |
| | 0.4150 | | | 14 | |
| | 627,564 | | | 6 | |
| | 287,885 | | | 7 | |
| | 1,680,230 | | | 2 | |
| | 22.4% | | | | |
| | 1,066,036 | | | 43 | |
| | 38.8% | | | | |
| | $4,419,365 | | | 16% | |

ECOLAB STOCK PERFORMANCE



| | 2004 | 2005 | 2006 | |
|---|---|---|---|---|
| | | | LOW | HIGH |
| | | | $33.64 | $40.50 |
| | | | 37.00 | 41.20 |
| | | | 39.57 | 45.43 |
| | | | 43.81 | 46.40 |

ECOLAB STOCK PERFORMANCE COMPARISON



- Ecolab Stock Price
- Ecolab Stock Price Index, Dec. 31, 2003 = 1.00
- S&P 500 Index, Dec. 31, 2003 = 1.00

All financial information for all periods reflects the company's adoption of Statement of Financial Accounting Standards No. 123 (Revised 2004), "Share-Based Payment" in the fourth quarter of 2005. All prior periods have been restated.

**COVER:** Inspiring Confidence is all about expertise. And that's exactly what Ecolab provides to our customers around the globe. Our experts provide the most professional, timely service. The most creative, thoughtful problem-solving. The most thorough, knowledgeable research. In fact, there are more than 23,000 experts hard at work every day at Ecolab to help our customers run smoother, more efficient and more successful operations. For us, Inspiring Confidence isn't something to aspire to – it's a job requirement. And we wouldn't have it any other way.