

## Description of Business

Ecolab is the leading global developer and marketer of premium cleaning, sanitizing, pest elimination, maintenance and repair products and services for the world's hospitality, foodservice, institutional and industrial markets. Founded in 1923 and headquartered in St. Paul, Minn., Ecolab reaches customers in more than 160 countries across North America, Europe, Asia Pacific, Latin America, the Middle East and Africa, and employs more than 21,000 associates worldwide. Customers include hotels and restaurants; healthcare and educational facilities; quickservice (fast-food and convenience stores) units; grocery stores; commercial and institutional laundries; light industry; dairy plants and farms; food and beverage processors; pharmaceutical and cosmetic facilities; and the vehicle wash industry. Products and services are marketed by the industry's largest and best-trained direct sales-and-service force, numbering more than 12,000 associates who advise and assist customers in meeting a full range of cleaning, sanitation and service needs.

Ecolab common stock is traded on the New York Stock Exchange and Pacific Exchange under the symbol ECL. Ecolab news releases and other selected investor information are available on the Internet at www.ecolab.com.

### Forward-Looking Statements and Risk Factors

We refer readers to the company's disclosure, entitled "Forward-Looking Statements and Risk Factors," which is located on page 30 of this Annual Report.

## Financial Highlights

| (thousands, except per share) | 2004 | 2003 | 2002 | Percent Change 2004 | 2003 |
|---|---|---|---|---|---|
| Net Sales | $4,184,933 | $3,761,819 | $3,403,585 | 11% | 11% |
| Net Income | 310,488 | 277,348 | 209,770 | 12 | 32 |
| Percent of Sales | 7.4% | 7.4% | 6.2% | | |
| Diluted Net Income Per Common Share | 1.19 | 1.06 | 0.80 | 12 | 33 |
| Diluted Weighted-Average Common Shares Outstanding | 261,776 | 262,737 | 261,574 | - | - |
| Cash Dividends Declared Per Common Share | 0.3275 | 0.2975 | 0.2750 | 10 | 8 |
| Cash Provided by Operating Activities | 582,464 | 529,199 | 423,326 | 10 | 25 |
| Capital Expenditures | 275,871 | 212,035 | 212,757 | 30 | - |
| Shareholders' Equity | 1,562,519 | 1,295,426 | 1,099,751 | 21 | 18 |
| Return on Beginning Equity | 24.0% | 25.2% | 23.8% | | |
| Total Debt | 701,577 | 674,644 | 699,842 | 4 | (4) |
| Total Debt to Capitalization | 31.0% | 34.2% | 38.9% | | |
| Total Assets | $3,716,174 | $3,228,918 | $2,865,907 | 15% | 13% |



**Net Sales** (dollars in millions)
- 2000: $2,231
- 2001: $2,321
- 2002: $3,404
- 2003: $3,762
- 2004: $4,185



**Net Income** (dollars in millions)
- 2000: $206
- 2001: $188
- 2002: $210
- 2003: $277
- 2004: $310



**Diluted Net Income per Share** (dollars)
- 2000: $0.78
- 2001: $0.72
- 2002: $0.80
- 2003: $1.06
- 2004: $1.19



**Dividends Declared per Share** (dollars)
- 2000: $0.245
- 2001: $0.263
- 2002: $0.275
- 2003: $0.298
- 2004: $0.328

## Net Sales
(dollars in millions)

- 2002: $3,404
- 2003: $3,762
- 2004: $4,185



### Ecolab Business Mix 2004

**United States 51%**
- Institutional 25%
- Food & Beverage 8%
- Pest Elimination 5%
- Kay 5%
- GCS Service 3%
- Professional Products 1%
- Healthcare 1%
- Vehicle Care 1%
- Textile Care 1%
- Water Care Services 1%

**International 49%**
- Europe/Africa/ME 35%
- Asia Pacific 7%
- Canada 3%
- Latin America 3%
- Other 1%

## Customers/Markets Served

**Customers**
- Full-service restaurants
- Quickservice restaurants
- Hotels
- Food retail
- Schools
- Colleges and universities
- Laundries
- Hospitals
- Nursing homes
- Healthcare facilities
- Dairy farms and plants
- Food, beverage and brewery plants
- Pharmaceutical and cosmetic facilities
- Office buildings
- Shopping malls
- Recreational facilities
- Building service contractors
- Cruise lines
- Foodservice operators
- Light manufacturing industries
- Fleet and vehicle wash

**Markets**
- United States
- Europe/Africa/ME
- Asia Pacific
- Canada
- Latin America

## Ecolab Stock Performance

|          | 2002 Low | 2002 High | 2003 Low | 2003 High | 2004 Low | 2004 High |
|----------|----------|-----------|----------|-----------|----------|-----------|
| First    | $19.43   | $23.94    | $23.08   | $26.00    | $26.12   | $28.61    |
| Second   | 21.25    | 24.00     | 24.21    | 27.92     | 27.95    | 31.77     |
| Third    | 18.27    | 24.51     | 23.78    | 26.80     | 29.04    | 31.80     |
| Fourth   | 20.71    | 25.20     | 25.15    | 27.89     | 31.32    | 35.59     |

## Sales-and-Service Associates

| (December 31) | 2002 | 2003 | 2004 |
|---|---|---|---|
| Institutional* | 3,125 | 3,190 | 3,055 |
| Kay | 245 | 275 | 325 |
| Pest Elimination | 1,555 | 1,645 | 1,725 |
| Professional Products** | 175 | 180 | 95 |
| Healthcare** | - | - | 70 |
| GCS Service | 530 | 535 | 470 |
| Textile Care | 85 | 80 | 75 |
| Food & Beverage | 395 | 405 | 450 |
| Water Care Services | 100 | 95 | 95 |
| Vehicle Care | 100 | 100 | 100 |
| Europe/Africa/ME | 3,370 | 3,285 | 3,915 |
| Asia Pacific | 925 | 1,015 | 960 |
| Canada | 320 | 340 | 355 |
| Latin America | 485 | 540 | 590 |
| Total | 11,410 | 11,685 | 12,280 |

*2004 decrease of 250 associates due to the sale of a grease management product line.
**2004 reflects the separation of Healthcare from Professional Products.

### Ecolab Stock Performance Comparison



Ecolab Stock Price
Ecolab Stock Price Index, Dec. 31, 2001 = 1.00
S&P 500 Index, Dec. 31, 2001 = 1.00

# Consolidated Balance Sheet

| December 31 (thousands, except per share) | 2004 | 2003 | 2002 |
|---|---|---|---|
| **ASSETS** | | | |
| Current assets | | | |
|   Cash and cash equivalents | $ 71,231 | $ 85,626 | $ 49,205 |
|   Accounts receivable, net | 738,266 | 626,002 | 553,154 |
|   Inventories | 338,603 | 309,959 | 291,506 |
|   Deferred income taxes | 76,038 | 75,820 | 71,147 |
|   Other current assets | 54,928 | 52,933 | 50,925 |
|   Total current assets | 1,279,066 | 1,150,340 | 1,015,937 |
| Property, plant and equipment, net | 834,730 | 736,797 | 680,265 |
| Goodwill | 991,811 | 797,211 | 695,700 |
| Other intangible assets, net | 229,095 | 203,859 | 188,670 |
| Other assets, net | 381,472 | 340,711 | 285,335 |
| Total assets | $3,716,174 | $3,228,918 | $2,865,907 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | |
| Current liabilities | | | |
|   Short-term debt | $ 56,132 | $ 70,203 | $ 160,099 |
|   Accounts payable | 269,561 | 212,287 | 205,665 |
|   Compensation and benefits | 231,856 | 190,386 | 184,239 |
|   Income taxes | 22,709 | 59,829 | 12,632 |
|   Other current liabilities | 359,289 | 319,237 | 291,193 |
|   Total current liabilities | 939,547 | 851,942 | 853,828 |
| Long-term debt | 645,445 | 604,441 | 539,743 |
| Postretirement health care and pension benefits | 270,930 | 249,906 | 207,596 |
| Other liabilities | 297,733 | 227,203 | 164,989 |
| Shareholders' equity (common stock, par value $1.00 per share; shares outstanding: 2004 – 257,542; 2003 – 257,417 and 2002 – 129,940) | 1,562,519 | 1,295,426 | 1,099,751 |
| Total liabilities and shareholders' equity | $3,716,174 | $3,228,918 | $2,865,907 |

The accompanying notes are an integral part of the consolidated financial statements.



E C O L A B   2 0 0 3   A N N U A L   R E P O R T

# details matter