## DESCRIPTION OF BUSINESS >

Ecolab is the leading global developer and marketer of premium cleaning, sanitizing, pest elimination, maintenance and repair products and services for the world's hospitality, foodservice, institutional and industrial markets. Founded in 1923 and headquartered in St. Paul, Minn., Ecolab reaches customers in North America, Europe, Asia Pacific, Latin America, the Middle East and Africa, employing more than 20,000 associates worldwide. Customers include hotels and restaurants; healthcare and educational facilities; quickservice (fast-food and convenience stores) units; grocery stores; commercial and institutional laundries; light industry; dairy plants and farms; food and beverage processors; pharmaceutical and cosmetic facilities; and the vehicle wash industry. Products and services are marketed by the industry's largest and best-trained direct sales-and-service force, numbering more than 11,000 associates who advise and assist customers in meeting a full range of cleaning, sanitation and service needs.

Ecolab common stock is traded on the New York Stock Exchange under the symbol ECL. Ecolab news releases and other selected investor information are available on the Internet at www.ecolab.com.

### FORWARD-LOOKING STATEMENTS AND RISK FACTORS

We refer readers to the company's disclosure, entitled "Forward-Looking Statements and Risk Factors," which is located on page 30 of this Annual Report.

## FINANCIAL HIGHLIGHTS >

|  |  |  |  | Percent Change | |
|---|---|---|---|---|---|
| (thousands, except per share) | 2003 | 2002 | 2001 | 2003 | 2002 |
| Net Sales | $3,761,819 | $3,403,585 | $2,320,710 | 11% | 47% |
| Net Income | 277,348 | 209,770 | 188,170 | 32 | 11 |
| Percent of Sales | 7.4% | 6.2% | 8.1% | | |
| Diluted Net Income Per Common Share | 1.06 | 0.80 | 0.72 | 33 | 11 |
| Diluted Weighted-Average Common Shares Outstanding | 262,737 | 261,574 | 259,855 | - | 1 |
| Cash Dividends Declared Per Common Share | 0.2975 | 0.2750 | 0.2625 | 8 | 5 |
| Cash Provided by Operating Activities | 529,199 | 423,326 | 364,481 | 25 | 16 |
| Capital Expenditures | 212,035 | 212,757 | 157,937 | - | 35 |
| Shareholders' Equity | 1,295,426 | 1,099,751 | 880,352 | 18 | 25 |
| Return on Beginning Equity | 25.2% | 23.8% | 24.9% | | |
| Total Debt | 674,644 | 699,842 | 745,673 | (4) | (6) |
| Total Debt to Capitalization | 34.2% | 38.9% | 45.9% | | |
| Total Assets | $3,228,918 | $2,865,907 | $2,525,000 | 13% | 14% |



NET SALES >   NET INCOME >   DILUTED NET INCOME PER SHARE >   DIVIDENDS DECLARED PER SHARE >



Some important details about our company: Ecolab continues to be the world's leading provider of commercial cleaning, sanitation and service solutions. You will find us wherever our customers need outstanding service. We have dedicated field associates on nearly every continent. Our geographic scope is even more impressive when you consider all the additional areas we reach through distributors, export activities and the like. In every market Ecolab serves, we deliver a growing range of products, systems and services. In the U.S., for example, we have nine operating divisions – Institutional, Pest Elimination, Kay, Food & Beverage, Professional Products, GCS Service, Textile Care, Vehicle Care and Water Care Services – that form a truly unmatched complementary offering. Many of these businesses are following our core institutional and industrial offerings around the world, demonstrating the ongoing vitality of Ecolab's Circle the Customer - Circle the Globe commitment.

### SERVICES/PRODUCTS PROVIDED >

**INSTITUTIONAL**
Products, programs and services for the foodservice, hospitality and healthcare industries, including warewashing, on-premise laundry, housekeeping, water filtration and conditioning, food safety products, specialty kitchen and laundry products, and pool and spa management.

**KAY**
Cleaning and sanitizing products, services and training programs for the quickservice restaurant, convenience store, movie theater and food retail markets.

**PEST ELIMINATION**
Service and technology for the detection, identification, elimination and prevention of pests in commercial facilities, as well as food safety audit and training services.

**PROFESSIONAL PRODUCTS**
Janitorial cleaning, floor care and infection prevention products, programs and systems for the retail, building services, industrial and healthcare* markets.

**GCS SERVICE**
Service and parts for the repair and maintenance of commercial foodservice equipment.

**TEXTILE CARE**
Cleaning and sanitizing products, equipment and services for commercial and shirt laundries.

**FOOD & BEVERAGE**
Cleaning and sanitizing products, equipment, systems and services for the agribusiness, beverage, brewery, pharmaceutical, dairy and food processing industries.

**WATER CARE SERVICES**
Water treatment programs for boilers, cooling water and waste treatment systems.

**VEHICLE CARE**
Cleaning and treatment products and programs for professional conveyor, in-bay and self-service car wash operations.

*Healthcare began operating a distinct business unit, separate from Professional Products, effective Jan. 1, 2004. It will be reported as a separate business unit in future years.

All product names and certain information appearing in italic type in the text of this Annual Report are trademarks, brand names, service marks or copyrighted material of Ecolab Inc., Kay Chemical Company or Ecolab GmbH & Co. OHG.

## ECOLAB BUSINESS MIX 2003 >



United States 56%
- Institutional 28%
- Food & Beverage 8%
- Pest Elimination 6%
- Kay 4%
- GCS Service 3%
- Professional Products 3%
- Vehicle Care 2%
- Textile Care 1%
- Water Care Services 1%

International 44%
- Europe/Africa/Middle East 30%
- Asia Pacific 7%
- Canada 3%
- Latin America 3%
- Other 1%

## NET SALES >
(DOLLARS IN MILLIONS)



2001: $2,321
2002: $3,404
2003: $3,762

## CUSTOMERS/MARKETS SERVED >

**CUSTOMERS**
- Restaurants
- Hotels
- Quickservice
- Food retail (grocery)
- Schools
- Laundries
- Healthcare facilities
- Dairy farms and plants
- Food, beverage and brewery plants
- Pharmaceutical and cosmetic facilities
- Office buildings
- Shopping malls
- Light industry
- Fleet and vehicle wash

**MARKETS**
- United States
- Europe/Africa/Middle East
- Asia Pacific
- Canada
- Latin America

## SALES-AND-SERVICE ASSOCIATES >

| (December 31) | 2001 | 2002 | 2003 |
|---|---|---|---|
| Institutional | 2,985 | 3,125 | 3,190 |
| Kay | 235 | 245 | 275 |
| Pest Elimination | 1,450 | 1,555 | 1,645 |
| Professional Products | 190 | 175 | 180 |
| GCS Service | 560 | 530 | 535 |
| Textile Care | 125 | 85 | 80 |
| Food & Beverage | 385 | 395 | 405 |
| Water Care Services | 100 | 100 | 95 |
| Vehicle Care | 100 | 100 | 100 |
| Europe/Africa/Middle East | 2,700 | 3,370 | 3,285 |
| Asia Pacific* | 1,065 | 925 | 1,015 |
| Canada | 320 | 320 | 340 |
| Latin America | 505 | 485 | 540 |
| Total | 10,720 | 11,410 | 11,685 |

*The 2002 decrease is due to the sale of the Hygiene Services business.

## ECOLAB STOCK PERFORMANCE >

| | 2001 | | 2002 | | 2003 | |
|---|---|---|---|---|---|---|
| Quarter | Low | High | Low | High | Low | High |
| First | $18.94 | $22.09 | $19.43 | $23.94 | $23.08 | $26.00 |
| Second | 18.18 | 21.60 | 21.25 | 24.00 | 24.21 | 27.92 |
| Third | 14.25 | 21.00 | 18.27 | 24.51 | 23.78 | 26.80 |
| Fourth | 17.10 | 20.53 | 20.71 | 25.20 | 25.15 | 27.89 |

## ECOLAB STOCK PERFORMANCE COMPARISON >



## TABLE OF CONTENTS >



Letter to Shareholders > 2
Operations Review > 16
Financial Discussion > 20
Financial Report > 31
Management and Auditors' Reports > 51
Board of Directors > 54
Corporate Officers > 56
Shareholder Information > inside back cover

## consolidated balance sheet

| December 31 (thousands, except per share) | 2003 | 2002 | 2001 |
|---|---:|---:|---:|
| **ASSETS** | | | |
| **Current assets** | | | |
| Cash and cash equivalents | $ 85,626 | $ 49,205 | $ 41,793 |
| Accounts receivable, net | 626,002 | 553,154 | 514,074 |
| Inventories | 309,959 | 291,506 | 279,785 |
| Deferred income taxes | 75,820 | 71,147 | 53,781 |
| Other current assets | 52,933 | 50,925 | 40,150 |
| Total current assets | 1,150,340 | 1,015,937 | 929,583 |
| Property, plant and equipment, net | 736,797 | 680,265 | 644,323 |
| Goodwill, net | 797,211 | 695,700 | 596,925 |
| Other intangible assets, net | 203,859 | 188,670 | 178,951 |
| Other assets, net | 340,711 | 285,335 | 175,218 |
| Total assets | $3,228,918 | $2,865,907 | $2,525,000 |
| | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | |
| **Current liabilities** | | | |
| Short-term debt | $ 70,203 | $ 160,099 | $ 233,393 |
| Accounts payable | 212,287 | 205,665 | 199,772 |
| Compensation and benefits | 190,386 | 184,239 | 132,720 |
| Income taxes | 59,829 | 12,632 | 18,887 |
| Other current liabilities | 319,237 | 291,193 | 243,180 |
| Total current liabilities | 851,942 | 853,828 | 827,952 |
| Long-term debt | 604,441 | 539,743 | 512,280 |
| Postretirement health care and pension benefits | 249,906 | 207,596 | 183,281 |
| Other liabilities | 227,203 | 164,989 | 121,135 |
| Shareholders' equity (common stock, par value $1.00 per share; shares outstanding: 2003 – 257,417; 2002 – 129,940 and 2001 – 127,900) | 1,295,426 | 1,099,751 | 880,352 |
| Total liabilities and shareholders' equity | $3,228,918 | $2,865,907 | $2,525,000 |

The accompanying notes are an integral part of the consolidated financial statements.



# Ecolab
2002 Annual Report

# turn it up