**Ecolab**

**Business Mix (Percent)**

International 43%
- Europe 29%
- Asia Pacific 7%
- Canada 3%
- Latin America 3%
- Africa/Export 1%

United Sates 57%
- Institutional 28%
- Food & Beverage 8%
- Pest Elimination 5%
- Kay 5%
- GCS Service 4%
- Professional Products 3%
- Vehicle Care 2%
- Textile Care 1%
- Water Care Services 1%

2002

**Net Sales** (Dollars in millions)

- 2000: $2,231
- 2001: $2,321
- 2002: $3,404

## Services-and-sales associates

| December 31 | 2000 | 2001 | 2002 |
|---|---|---|---|
| Institutional | 2,975 | 2,985 | 3,125 |
| Pest Elimination | 1,475 | 1,450 | 1,555 |
| Kay | 180 | 235 | 245 |
| Food & Beverage | 410 | 385 | 395 |
| Professional Products | 195 | 190 | 175 |
| GCS Service | 415 | 560 | 530 |
| Textile Care | 125 | 125 | 95 |
| Vehicle Care | 95 | 100 | 100 |
| Water Care Services | 90 | 100 | 100 |
| Europe | 2,460 | 2,570 | 3,250 |
| Canada | 300 | 320 | 320 |
| Asia Pacific* | 955 | 1,065 | 925 |
| Latin America | 480 | 505 | 485 |
| Africa/Export | 125 | 130 | 120 |
| Total | 10,280 | 10,720 | 11,420 |

*The 2002 decrease is due to the sale of the Hygiene Services business.

## Customers/markets served

**Customers**
- Restaurants
- Hotels
- Quickservice operations
- Food retail (grocery)
- Schools
- Laundries
- Healthcare facilities
- Dairy farms and plants
- Food, beverage and brewery processing plants
- Pharmaceutical and cosmetic facilities
- Office buildings
- Shopping malls
- Light industry
- Fleet and vehicle wash

**Markets**
- United States
- Europe
- Asia Pacific
- Canada
- Latin America
- Africa/Export

## Ecolab stock performance

| | 2000 | | 2001 | | 2002 | |
|---|---|---|---|---|---|---|
| Quarter | High | Low | High | Low | High | Low |
| First | $40.75 | $28.00 | $44.19 | $37.88 | $47.88 | $38.86 |
| Second | 41.25 | 34.94 | 43.20 | 36.35 | 47.99 | 42.50 |
| Third | 40.00 | 33.25 | 42.00 | 28.50 | 49.02 | 36.53 |
| Fourth | 45.69 | 34.06 | 41.05 | 34.20 | 50.40 | 41.41 |



Ecolab Stock Performance Comparison

Ecolab Stock Price — Ecolab Stock Price Index, Dec. 31, 1999 = 1.00    S&P 500 Index, Dec. 31, 1999 = 1.00

# Description of business

Ecolab is the leading global developer and marketer of premium cleaning, sanitizing, pest elimination, maintenance and repair products and services for the hospitality, foodservice, institutional and industrial markets. Founded in 1923 and headquartered in St. Paul, Minn., Ecolab reaches customers in more than 160 countries, employing more than 20,000 associates worldwide. Customers include hotels and restaurants; foodservice, healthcare and educational facilities; quickservice (fast food) units; commercial laundries; light industry; dairy plants and farms; and food and beverage processors. Products and services are marketed by the industry's largest and best-trained direct sales-and-service force, numbering more than 11,000 associates who advise and assist customers in meeting a full range of cleaning, sanitation and service needs.

Ecolab common stock is traded on the New York Stock Exchange and the Pacific Exchange under the symbol ECL. Ecolab news releases and other selected investor information are available on the Internet at www.ecolab.com.

**Forward-Looking Statements**  We refer readers to the Company's disclosure, entitled "Forward-Looking Statements," which is located on page 20 of this Annual Report.

# Financial highlights

| (thousands, except per share) | 2002 | 2001 | 2000 | Percent Change 2002 | 2001 |
|---|---|---|---|---|---|
| Net Sales | $3,403,585 | $2,320,710 | $2,230,661 | 47% | 4% |
| Net Income | 209,770 | 188,170 | 206,127 | 11 | (9) |
| Percent of Sales | 6.2% | 8.1% | 9.2% | | |
| Diluted Net Income Per Common Share | 1.60 | 1.45 | 1.56 | 10 | (7) |
| Diluted Weighted-Average Common Shares Outstanding | 130,787 | 129,928 | 131,946 | 1 | (2) |
| Cash Dividends Declared per Common Share | 0.550 | 0.525 | 0.490 | 5 | 7 |
| Cash Provided by Operating Activities | 423,326 | 364,481 | 315,486 | 16 | 16 |
| Capital Expenditures | 212,757 | 157,937 | 150,009 | 35 | 5 |
| Shareholders' Equity | 1,099,751 | 880,352 | 757,007 | 25 | 16 |
| Return on Beginning Equity | 23.8% | 24.9% | 27.1% | | |
| Total Debt | 699,842 | 745,673 | 370,969 | (6) | 101 |
| Total Debt to Capitalization | 38.9% | 45.9% | 32.9% | | |
| Total Assets | $2,878,429 | $2,525,000 | $1,714,011 | 14% | 47% |



(Dollars in millions)
$1,861  $2,050  $2,231  $2,321  $3,404
1998  1999  2000  2001  2002



(Dollars in millions)
$155*  $193  $176  $206  $188  $210  $208**
1998  1999  2000  2001  2002



(Dollars)
$1.15*  $1.44  $1.31  $1.56  $1.45  $1.60  $1.59**
1998  1999  2000  2001  2002



(Dollars)
$0.390  $0.435  $0.490  $0.525  $0.550
1998  1999  2000  2001  2002

\* Income from continuing operations. Excludes gain from discontinued operations of $38 million, or $0.28 per diluted share, which was included in net income for 1998.
\*\* Income from continuing operations. Excludes gain from discontinued operations of $2 million, or $0.01 per diluted share, which was included in net income for 2002.

# Consolidated balance sheet

| December 31 (thousands, except per share) | 2002 | 2001 | 2000 |
|---|---:|---:|---:|
| **Assets** | | | |
| Current assets | | | |
| Cash and cash equivalents | $ 49,205 | $ 41,793 | $ 43,965 |
| Accounts receivable, net | 553,154 | 514,074 | 326,937 |
| Inventories | 291,506 | 279,785 | 168,220 |
| Deferred income taxes | 71,147 | 53,781 | 50,709 |
| Other current assets | 50,925 | 40,150 | 10,737 |
| Total current assets | 1,015,937 | 929,583 | 600,568 |
| Property, plant and equipment, net | 680,265 | 644,323 | 501,640 |
| Investment in Henkel-Ecolab | | | 199,642 |
| Goodwill, net | 695,700 | 596,925 | 252,022 |
| Other intangible assets, net | 188,670 | 178,951 | 55,034 |
| Other assets, net | 297,857 | 175,218 | 105,105 |
| Total assets | $2,878,429 | $2,525,000 | $1,714,011 |
| **Liabilities and Shareholders' Equity** | | | |
| Current liabilities | | | |
| Short-term debt | $ 160,099 | $ 233,393 | $ 136,592 |
| Accounts payable | 205,665 | 199,772 | 146,428 |
| Compensation and benefits | 184,239 | 132,720 | 88,330 |
| Income taxes | 12,632 | 18,887 | |
| Other current liabilities | 303,715 | 243,180 | 160,684 |
| Total current liabilities | 866,350 | 827,952 | 532,034 |
| Long-term debt | 539,743 | 512,280 | 234,377 |
| Postretirement health care and pension benefits | 207,596 | 183,281 | 117,790 |
| Other liabilities | 164,989 | 121,135 | 72,803 |
| Shareholders' equity (common stock, par value $1.00 per share; shares outstanding: 2002 – 129,940; 2001 – 127,900; 2000 – 127,161) | 1,099,751 | 880,352 | 757,007 |
| Total liabilities and shareholders' equity | $2,878,429 | $2,525,000 | $1,714,011 |

The accompanying notes are an integral part of the consolidated financial statements.

# one

**Ecolab 2001 Annual Report**

# *Ecolab* overview

With our acquisition of the remaining 50 percent of our European joint venture, we begin 2002 as one united Ecolab around the globe. This transaction enhanced our position as the world leader in premium cleaning, sanitation and service solutions. Combined with our European operations, we serve the needs of hospitality, institutional and industrial customers in nearly 170 countries. True to our Circle the Customer – Circle the Globe strategy, we surround our customers with a comprehensive, ever-expanding array of products, programs and services, around the world. In the United States,

### Services/Products

**Institutional:** Products, programs and services for the foodservice and hospitality industries, including warewashing, on-premise laundry, housekeeping, water filtration and conditioning, specialty kitchen and laundry products, kitchen exhaust cleaning and rooftop grease containment, and pool and spa management.

**Pest Elimination:** Services and technology for commercial pest elimination and prevention, and grease elimination.

**Kay:** Cleaning and sanitizing products, services and training programs for the quickservice restaurant, convenience store and food retail markets.

**Food & Beverage:** Cleaning and sanitizing products, equipment, systems and services for the agribusiness, beverage, brewery, pharmaceutical, dairy and food processing industries.

**Professional Products:** Janitorial cleaning and infection prevention products, programs and systems for the commercial, industrial and healthcare markets.

**GCS Service:** Leading independent national provider of repair, parts replacement and customized maintenance for commercial foodservice equipment.

**Textile Care:** Cleaning and sanitizing products and services that meet the needs of for-profit commercial and shirt laundries.

**Vehicle Care:** Cleaning and appearance products and programs for vehicle rental, commercial and retail car wash operations.

**Water Care Services:** Water treatment programs for boilers, cooling water and waste treatment systems.

### Sales-and-Service Associates

| December 31 | 1999 | 2000 | 2001 |
|---|---|---|---|
| Institutional | 2,705 | 2,975 | 2,985 |
| Pest Elimination | 1,380 | 1,475 | 1,450 |
| Kay | 150 | 180 | 235 |
| Food & Beverage | 420 | 410 | 385 |
| Professional Products | 195 | 195 | 190 |
| GCS Service | 285 | 415 | 560 |
| Textile Care | 130 | 125 | 125 |
| Vehicle Care | 100 | 95 | 100 |
| Water Care Services | 90 | 90 | 100 |
| Europe | 2,400 | 2,460 | 2,570 |
| Canada | 280 | 300 | 320 |
| Asia Pacific | 775 | 955 | 1,065 |
| Latin America | 310 | 480 | 505 |
| Africa/Export | 100 | 125 | 130 |
| Total | 9,320 | 10,280 | 10,720 |



**Business Mix** (Percent) — 2001

- International 43%
  - Europe 27%
  - Asia Pacific 8%
  - Canada 3%
  - Latin America 3%
  - Africa 2%
- United States 57%
  - Institutional 29%
  - Food & Beverage 8%
  - Pest Elimination 5%
  - Kay 4%
  - GCS Service 3%
  - Professional Products 3%
  - Textile Care 2%
  - Vehicle Care 2%
  - Water Care Services 1%

**Pro Forma Sales** (Dollars in billions)
- 2000: $3.1
- 2001: $3.2

Ecolab operates through nine complementary business units: Institutional, Food & Beverage, Pest Elimination, Kay, Professional Products, GCS Service, Textile Care, Vehicle Care and Water Care Services. Globally, our core institutional and industrial offerings are available in all markets – with additional businesses added as demand dictates. Through direct subsidiaries, export operations, joint ventures, distributors and licensees, we reach customers in Europe, Asia Pacific, Canada, Latin America, the Middle East and Africa, with offerings tailored as necessary to meet unique local and regional needs.

## Customer/Markets

### Customers

- Restaurants
- Hotels
- Quickservice operations
- Food retail (grocery)
- Schools
- Laundries
- Healthcare facilities
- Dairy farms and plants
- Food, beverage and brewery processing plants
- Pharmaceutical and cosmetic facilities
- Office buildings
- Shopping malls
- Light industry
- Fleet and vehicle wash

### Markets

- United States
- Europe
- Asia Pacific
- Canada
- Latin America
- Africa

## Ecolab Stock Performance

|         | 1999 |       | 2000 |       | 2001 |       |
|---------|------|-------|------|-------|------|-------|
| Quarter | High | Low   | High | Low   | High | Low   |
| First   | $41.25 | $34.63 | $40.75 | $28.00 | $44.19 | $37.88 |
| Second  | 44.44 | 34.69 | 41.25 | 34.94 | 43.20 | 36.35 |
| Third   | 43.88 | 31.69 | 40.00 | 33.25 | 42.00 | 28.50 |
| Fourth  | 39.25 | 32.50 | 45.69 | 34.06 | 41.05 | 34.20 |



Ecolab Stock Performance Comparison

## Description of Business

Founded in 1923, Ecolab is the leading global developer and marketer of premium cleaning, sanitizing, pest elimination, maintenance and repair products and services for the world's hospitality, institutional and industrial markets.

Headquartered in St. Paul, Minn., Ecolab reaches customers in North America, Europe, Asia Pacific, Latin America, the Middle East and Africa, employing more than 19,000 associates worldwide. Customers include hotels and restaurants; foodservice, healthcare and educational facilities; quickservice (fast food) units; commercial laundries; light industry; dairy plants and farms; and food and beverage processors. Products and services are marketed by the industry's largest and best-trained direct sales-and-service force, numbering more than 10,000 associates who advise and assist customers in meeting a full range of cleaning, sanitation and service needs.

Ecolab common stock is traded on the New York Stock Exchange and the Pacific Exchange under the symbol ECL. Ecolab news releases and other selected investor information are available on the Internet at www.ecolab.com or by calling 1-800-FACT-ECL (1-800-322-8325).

## Forward-Looking Statements

We refer readers to the Company's disclosure, entitled "Forward-Looking Statements," which is located on page 20 of this Annual Report.

## Financial Highlights

| (thousands, except per share) | 2001 | 2000 | 1999 | Percent Change 2001 | Percent Change 2000 |
|---|---|---|---|---|---|
| Net Sales | $2,354,723 | $2,264,313 | $2,080,012 | 4% | 9% |
| Net Income | 188,170 | 206,127 | 175,786 | (9) | 17 |
| Percent of Sales | 8.0% | 9.1% | 8.5% | | |
| Diluted Net Income Per Common Share | 1.45 | 1.56 | 1.31 | (7) | 19 |
| Diluted Weighted-Average Common Shares Outstanding | 129,928 | 131,946 | 134,419 | (2) | (2) |
| Cash Dividends Declared per Common Share | 0.525 | 0.490 | 0.435 | 7 | 13 |
| Cash Provided by Operating Activities | 364,481 | 315,486 | 293,494 | 16 | 7 |
| Capital Expenditures | 157,937 | 150,009 | 145,622 | 5 | 3 |
| Shareholders' Equity | 880,352 | 757,007 | 762,016 | 16 | (1) |
| Return on Beginning Equity | 24.9% | 27.1% | 25.5% | | |
| Total Debt | 745,673 | 370,969 | 281,074 | 101 | 32 |
| Total Debt to Capitalization | 45.9% | 32.9% | 26.9% | | |
| Total Assets | $2,525,000 | $1,714,011 | $1,585,946 | 47% | 8% |






*Income from continuing operations. Excludes gain from discontinued operations of $38 million, or $0.28 per diluted share, which was included in net income for 1998.

# Consolidated *balance sheet*

| December 31 (thousands, except per share) | 2001 | 2000 | 1999 |
|---|---|---|---|
| **Assets** | | | |
| Current assets | | | |
|   Cash and cash equivalents | $ 41,793 | $ 43,965 | $ 47,748 |
|   Accounts receivable, net | 514,074 | 326,937 | 299,751 |
|   Inventories | 279,785 | 168,220 | 176,369 |
|   Deferred income taxes | 53,781 | 50,709 | 41,701 |
|   Other current assets | 40,150 | 10,737 | 11,752 |
|   Total current assets | 929,583 | 600,568 | 577,321 |
| Property, plant and equipment, net | 644,323 | 501,640 | 448,116 |
| Investment in Henkel-Ecolab | | 199,642 | 219,003 |
| Goodwill, net | 596,925 | 252,022 | 205,330 |
| Other intangible assets, net | 178,951 | 55,034 | 44,426 |
| Other assets | 175,218 | 105,105 | 91,750 |
| Total assets | $2,525,000 | $1,714,011 | $1,585,946 |
| **Liabilities and Shareholders' Equity** | | | |
| Current liabilities | | | |
|   Short-term debt | $ 233,393 | $ 136,592 | $ 112,060 |
|   Accounts payable | 199,772 | 146,428 | 122,701 |
|   Compensation and benefits | 132,720 | 88,330 | 90,618 |
|   Income taxes | 18,887 | | 5,743 |
|   Other current liabilities | 243,180 | 160,684 | 139,552 |
|   Total current liabilities | 827,952 | 532,034 | 470,674 |
| Long-term debt | 512,280 | 234,377 | 169,014 |
| Postretirement health care and pension benefits | 183,281 | 117,790 | 97,527 |
| Other liabilities | 121,135 | 72,803 | 86,715 |
| Shareholders' equity (common stock, par value $1.00 per share; shares outstanding: 2001 – 127,900; 2000 – 127,161; 1999 – 129,416) | 880,352 | 757,007 | 762,016 |
| Total liabilities and shareholders' equity | $2,525,000 | $1,714,011 | $1,585,946 |

The accompanying notes are an integral part of the consolidated financial statements.



What can we do for YOU?

## Description of Business

Founded in 1923, Ecolab is the leading global developer and marketer of premium cleaning, sanitizing, pest elimination, maintenance and repair products and services for hospitality, institutional and industrial markets. Customers include hotels and restaurants; foodservice, healthcare and educational facilities; quickservice (fast-food) units; commercial laundries; light industry; dairy plants and farms; and food and beverage processors. Ecolab provides customized products, equipment and programs backed by the industry's largest and best-trained sales-and-service force, which is more than 7,800 members strong.

Ecolab operates directly in 40 countries in North America, Asia Pacific, Latin America and Africa, employing more than 14,000 associates. In Europe, it reaches customers through the Henkel-Ecolab joint venture headquartered in Düsseldorf, Germany. Henkel-Ecolab does business in 27 countries, including Eastern European markets, and employs nearly 4,800 associates. Its direct sales-and-service force exceeds 2,400. Ecolab serves customers in more than 100 other countries through distributors, licensees and export operations.

Ecolab common stock is traded on the New York Stock Exchange and the Pacific Exchange under the symbol ECL. Ecolab news releases and other selected investor information are available by calling 1-800-FACT-ECL (1-800-322-8325) or on the Internet at www.ecolab.com.

### Forward-Looking Statements

This Annual Report to Stockholders contains various "Forward-Looking Statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Generally, phrases or words such as "will likely result," "are expected to," "will continue," "is anticipated," "we believe," "estimate," "project" (including the negative or variations thereof) or similar terminology identify forward-looking statements. These statements, which represent Ecolab's expectations or beliefs concerning various future events, are based on current expectations. Therefore, they involve a number of risks and uncertainties that could cause actual results to differ from those of such Forward-Looking Statements. We refer readers to the Company's statement entitled "Forward-Looking Statements," which is located on page 24 of this Annual Report, for further discussion of these matters. Additional risk factors may be described from time to time in Ecolab's filings with the Securities and Exchange Commission.

Case 1:07-cv-08623-PAC   Document 49-11   Filed 01/15/2008   Page 10 of 10

# Financial highlights

| (thousands, except per share) | 2000 | 1999 | 1998 | Percent Change 2000 | 1999 |
|---|---|---|---|---|---|
| Net Sales | **$2,264,313** | $2,080,012 | $1,888,226 | **9%** | 10% |
| Income from Continuing Operations Before Unusual Items | **197,878*** | 175,786 | 154,506 | **13** | 14 |
| Percent of Sales | **8.7%** | 8.5% | 8.2% | | |
| Diluted Income Per Common Share | **1.50*** | 1.31 | 1.15 | **15** | 14 |
| Diluted Weighted-Average Common Shares Outstanding | **131,946** | 134,419 | 134,047 | **(2)** | – |
| Cash Dividends Declared per Common Share | **0.490** | 0.435 | 0.390 | **13** | 12 |
| Cash Provided by Continuing Operating Activities | **315,486** | 293,494 | 274,529 | **7** | 7 |
| Capital Expenditures | **150,009** | 145,622 | 147,631 | **3** | (1) |
| Shareholders' Equity | **757,007** | 762,016 | 690,541 | **(1)** | 10 |
| Return on Beginning Equity | **26.0%** | 25.5% | 28.0% | | |
| Total Debt | **370,969** | 281,074 | 295,032 | **32** | (5) |
| Total Debt to Capitalization | **32.9%** | 26.9% | 29.9% | | |
| Total Assets | **$1,714,011** | $1,585,946 | $1,470,995 | **8%** | 8% |

**Net Sales** (Dollars in Millions)



$1,490  $1,640  $1,888  $2,080  $2,264
1996   1997   1998   1999   2000

**Income** (Dollars in Millions)



$113  $134  $155  $176  $198*
1996  1997  1998  1999  2000

**Contents**

Financial Highlights, 11
Shareholders Letter, 12
Operations Review, 16
Financial Report, 24
Board of Directors and Officers, 52
Shareholder Information and Services, 53
Business Overview, gatefold-back cover

**Diluted Income per Share** (Dollars)



$0.85  $1.00  $1.15  $1.31  $1.50*
1996   1997   1998   1999   2000

**Dividends Declared per Share** (Dollars)



$0.290  $0.335  $0.390  $0.435  $0.490
1996    1997    1998    1999    2000

All product names and certain information appearing in italic type in the text of this annual report are trademarks, brand names, service marks or copyright material of Ecolab Inc., Kay Chemical Company or Henkel-Ecolab.

*Excludes a net gain of $8.2 million, or $0.06 per diluted share for unusual items in 2000: gain on the sale of the Jackson business, restructuring expenses and cumulative effect of change in accounting for revenue recognition. Net income for 2000 was $206,127, or $1.56 per diluted share.

Ecolab 2000 Annual Report

11