# consolidated Balance Sheet

| December 31 (thousands, except per share) | 2000 | 1999 | 1998 |
|---|---:|---:|---:|
| **Assets** | | | |
| Current assets | | | |
|    Cash and cash equivalents | $ 43,965 | $ 47,748 | $ 28,425 |
|    Accounts receivable, net | 326,937 | 299,751 | 246,695 |
|    Inventories | 168,220 | 176,369 | 165,627 |
|    Deferred income taxes | 50,709 | 41,701 | 36,256 |
|    Other current assets | 10,737 | 11,752 | 26,511 |
|   Total current assets | 600,568 | 577,321 | 503,514 |
| Property, plant and equipment, net | 501,640 | 448,116 | 420,205 |
| Investment in Henkel-Ecolab | 199,642 | 219,003 | 253,646 |
| Other assets | 412,161 | 341,506 | 293,630 |
| Total assets | $1,714,011 | $1,585,946 | $1,470,995 |
| **Liabilities and Shareholders' Equity** | | | |
| Current liabilities | | | |
|    Short-term debt | $ 136,592 | $ 112,060 | $ 67,991 |
|    Accounts payable | 146,428 | 122,701 | 124,646 |
|    Compensation and benefits | 88,330 | 90,618 | 79,431 |
|    Income taxes | | 5,743 | 244 |
|    Other current liabilities | 160,684 | 139,552 | 127,479 |
|   Total current liabilities | 532,034 | 470,674 | 399,791 |
| Long-term debt | 234,377 | 169,014 | 227,041 |
| Postretirement health care and pension benefits | 117,790 | 97,527 | 85,793 |
| Other liabilities | 72,803 | 86,715 | 67,829 |
| Shareholders' equity (common stock, par value $1.00 per share; shares outstanding: 2000 – 127,161; 1999 – 129,416; 1998 – 129,479) | 757,007 | 762,016 | 690,541 |
| Total liabilities and shareholders' equity | $1,714,011 | $1,585,946 | $1,470,995 |

The accompanying notes are an integral part of the consolidated financial statements.

Ecolab Inc.
370 Wabasha Street North
St. Paul, Minnesota
55102-1390
(651) 293-2233
www.ecolab.com
2991/0/0800/0300

ECOLAB
Worldwide Leadership.

Is it clean?

Ecolab 1999 Annual Report

Case 1:07-cv-08623-PAC    Document 49-12    Filed 01/15/2008    Page 3 of 5

## About the Cover

Ecolab Clean. These two small words make a big difference for businesses that must protect their products, consumers — and the bottom line. Ecolab's innovative cleaning and sanitizing solutions have earned our company a global reputation and made us the industry leader. Our products and systems delve into every facet of businesses where impeccable sanitation is a must. We treat our customers' business environments, equipment and products as though they're our own. And all the while, we provide the best training, service and support available. Keeping businesses clean is an admirable goal. Keeping them "Ecolab Clean" is a higher standard we proudly meet.

### Description of Business

Founded in 1923, Ecolab is the leading global developer and marketer of premium cleaning, sanitizing, pest elimination, maintenance and repair products and services for hospitality, institutional and industrial markets. Customers include hotels and restaurants; foodservice, healthcare and educational facilities; quickservice (fast-food) units; commercial laundries; light industry; dairy plants and farms; and food and beverage processors. Ecolab provides customized products, equipment and programs backed by the industry's largest and best-trained sales-and-service force, which is more than 6,900 members strong.

Ecolab operates directly in 38 countries in North America, Asia Pacific, Latin America and Africa, employing nearly 13,000 associates. In Europe, it reaches customers through its Henkel-Ecolab joint venture headquartered in Düsseldorf, Germany. Henkel-Ecolab does business in 27 countries, including Eastern European markets, and employs 4,800 associates. Its direct sales-and-service force numbers 2,400. Ecolab serves customers in more than 100 other countries through distributors, licensees and export operations.

Ecolab common stock is traded on the New York Stock Exchange and the Pacific Exchange under the symbol ECL. Ecolab news releases and other selected investor information are available by calling 1-800-FACT-ECL (1-800-322-8325) or on the Internet at www.ecolab.com.

### Forward-Looking Statements

This Annual Report to Stockholders contains various "Forward-Looking Statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Generally, phrases or words such as "will likely result," "are expected to," "will continue," "is anticipated," "we believe," "estimate," "project" (including the negative or variations thereof) or similar terminology, identify forward-looking statements. These statements, which represent Ecolab's expectations or beliefs concerning various future events, are based on current expectations. Therefore, they involve a number of risks and uncertainties that could cause actual results to differ from those of such Forward-Looking Statements. We refer readers to the Company's statement entitled "Forward-Looking Statements and Risk Factors," which is contained under Part I of the Company's Annual Report on Form 10-K for the year ended December 31, 1999, for further discussion of these matters. Additional risk factors may be described from time to time in Ecolab's filings with the Securities and Exchange Commission.

### Contents

| | |
|---|---|
| Financial Highlights | 19 |
| Shareholders' Letter | 20 |
| Operations Review | 24 |
| Financial Report | 32 |
| Board of Directors and Officers | 60 |
| Shareholder Information and Services | 61 |
| Business Overview | gatefold-back cover |

All product names and certain other information appearing in italic type in the text of this annual report are trademarks, brand names, service marks or copyright material of Ecolab Inc.

Key Chemical Company of Henkel-Ecolab.

## Financial Highlights

| (thousands, except per share) | 1999 | 1998 | 1997 | Percent Change 1999 | 1998 |
|---|---|---|---|---|---|
| Net Sales | $2,080,012 | $1,888,226 | $1,640,352 | 10% | 15% |
| Income from Continuing Operations | 175,786 | 154,506 | 133,955 | 14 | 15 |
| Percent of Sales | 8.5% | 8.2% | 8.2% | | |
| Diluted Income from Continuing Operations Per Common Share | 1.31 | 1.15 | 1.00 | 14 | 15 |
| Diluted Weighted-Average Common Shares Outstanding | 134,419 | 134,047 | 133,822 | — | — |
| Cash Dividends Declared per Common Share | 0.435 | 0.390 | 0.335 | 12 | 16 |
| Cash Provided by Continuing Operating Activities | 293,494 | 274,529 | 235,098 | 7 | 17 |
| Capital Expenditures | 145,622 | 147,631 | 121,667 | (1) | 21 |
| Shareholders' Equity | 762,016 | 690,541 | 551,701 | 10 | 25 |
| Return on Beginning Equity | 25.5% | 28.0% | 25.8% | | |
| Total Debt | 281,074 | 295,032 | 308,268 | (5) | (4) |
| Total Debt to Capitalization | 26.9% | 29.9% | 35.8% | | |
| Total Assets | $1,585,946 | $1,470,995 | $1,416,299 | 8% | 4% |

**Net Sales** (Dollars in Millions)



| 1995 | 1996 | 1997 | 1998 | 1999 |
|---|---|---|---|---|
| $1,341 | $1,490 | $1,640 | $1,888 | $2,080 |

**Income** (Dollars in Millions)



| 1995 | 1996 | 1997 | 1998 | 1999 |
|---|---|---|---|---|
| $99 | $113 | $134 | $155 | $176 |

**Diluted Income per Share** (Dollars)



| 1995 | 1996 | 1997 | 1998 | 1999 |
|---|---|---|---|---|
| $0.73 | $0.85 | $1.00 | $1.15 | $1.31 |

**Dividends Declared per Share** (Dollars)

| 1995 | 1996 | 1997 | 1998 | 1999 |
|---|---|---|---|---|
| $0.258 | $0.290 | $0.335 | $0.390 | $0.435 |

## Consolidated Statement of Income

| Year ended December 31 (thousands, except per share) | 1999 | 1998 | 1997 |
|---|---|---|---|
| Net sales | $2,080,012 | $1,888,226 | $1,640,352 |
| Cost of sales | 937,612 | 851,173 | 722,084 |
| Selling, general and administrative expenses | 852,449 | 775,073 | 699,764 |
| Operating income | 289,951 | 261,980 | 218,504 |
| Interest expense, net | 22,713 | 21,742 | 12,637 |
| Income from continuing operations before income taxes and equity in earnings of Henkel-Ecolab | 267,238 | 240,238 | 205,867 |
| Provision for income taxes | 109,769 | 101,782 | 85,345 |
| Equity in earnings of Henkel-Ecolab | 18,317 | 16,050 | 13,433 |
| Income from continuing operations | 175,786 | 154,506 | 133,955 |
| Gain from discontinued operations | | 38,000 | |
| Net income | $ 175,786 | $ 192,506 | $ 133,955 |
| Basic income per common share | | | |
| Income from continuing operations | $ 1.36 | $ 1.20 | $ 1.03 |
| Gain from discontinued operations | | 0.29 | |
| Net income | $ 1.36 | $ 1.49 | $ 1.03 |
| Diluted income per common share | | | |
| Income from continuing operations | $ 1.31 | $ 1.15 | $ 1.00 |
| Gain from discontinued operations | | 0.28 | |
| Net income | $ 1.31 | $ 1.44 | $ 1.00 |
| Weighted-average common shares outstanding | | | |
| Basic | 129,550 | 129,157 | 129,446 |
| Diluted | 134,419 | 134,047 | 133,822 |

The accompanying notes are an integral part of the consolidated financial statements.

## Consolidated Balance Sheet

| December 31 (thousands, except per share) | 1999 | 1998 | 1997 |
|---|---|---|---|
| **Assets** | | | |
| Current assets | | | |
| Cash and cash equivalents | $ 47,748 | $ 28,425 | $ 61,169 |
| Accounts receivable, net | 299,751 | 246,695 | 246,041 |
| Inventories | 176,369 | 165,627 | 154,831 |
| Deferred income taxes | 41,701 | 36,256 | 34,978 |
| Other current assets | 11,752 | 26,511 | 12,482 |
| Total current assets | 577,321 | 503,514 | 509,501 |
| Property, plant and equipment, net | 448,116 | 420,205 | 395,562 |
| Investment in Henkel-Ecolab | 219,003 | 253,646 | 239,879 |
| Other assets | 341,506 | 293,630 | 271,357 |
| Total assets | $1,585,946 | $1,470,995 | $1,416,299 |
| **Liabilities and Shareholders' Equity** | | | |
| Current liabilities | | | |
| Short-term debt | $ 112,060 | $ 67,991 | $ 48,884 |
| Accounts payable | 122,701 | 124,646 | 130,682 |
| Compensation and benefits | 90,618 | 79,431 | 74,317 |
| Income taxes | 5,743 | 244 | 13,506 |
| Other current liabilities | 139,552 | 127,479 | 137,075 |
| Total current liabilities | 470,674 | 399,791 | 404,464 |
| Long-term debt | 169,014 | 227,041 | 259,384 |
| Postretirement health care and pension benefits | 97,527 | 85,793 | 76,109 |
| Other liabilities | 86,715 | 67,829 | 124,641 |
| Shareholders' equity (common stock, par value $1.00 per share; shares outstanding: 1999 – 129,416; 1998 – 129,479; 1997 – 129,127) | 762,016 | 690,541 | 551,701 |
| Total liabilities and shareholders' equity | $1,585,946 | $1,470,995 | $1,416,299 |

The accompanying notes are an integral part of the consolidated financial statements.

*1998 Annual Report*



# Ecolab

Around the clock.
Around the world.