## Strategy

Since 1923, Ecolab has followed a strategy to Circle the Customer in institutional and industrial markets with an ever-widening array of value-added, premium products, systems and services. Today, Ecolab continues to grow by meeting the increasing breadth and depth of cleaning and sanitation requirements for these critical markets.

Equally important, has been Ecolab's mission to Circle the Globe. We are dedicated to serving our customers whenever, wherever, they need us. We ensure they achieve the highest level of cleaning and sanitation, around the clock, around the world.

## Global Coverage



☐ Countries Served by Ecolab
☐ Countries Served by Henkel-Ecolab

---

### Business Overview

**Ecolab** Reaching customers in more than 150 countries around the world to provide products, systems and services to meet all of their cleaning and sanitation needs is the premise behind Ecolab's Circle the Customer – Circle the Globe strategy. To this end, Ecolab develops and markets complementary offerings through seven business units in the United States: Institutional, Pest Elimination, Kay, Textile Care, Professional Products, Food & Beverage, and Water Care Services. In addition, as a global supplier, Ecolab reaches customers in Canada, Asia Pacific, Latin America and Africa through direct subsidiaries, joint ventures, export operations, licensees and distributors.

### Business Mix

**1998**

- Institutional 41%
- International 23%
- Food & Beverage 13%
- Pest Elimination 6%
- Professional Products 6%
- Kay 5%
- Textile Care 3%
- Other Services 2%
- Water Care Services 1%

### Customers/Markets

**Customers:**
- Restaurants
- Hotels
- Quickservice operations
- Food retail (grocery)
- Schools
- Laundries
- Healthcare facilities
- Dairy farms and plants
- Food, beverage and brewery processing plants
- Office buildings
- Shopping malls
- Light industry
- Fleet and vehicle wash

**Markets:**
- United States
- Canada
- Asia Pacific
- Latin America
- Africa

---

**Henkel-Ecolab** In Europe, Ecolab completes its Circle the Customer – Circle the Globe strategy through Henkel-Ecolab, a joint venture headquartered in Düsseldorf, Germany. Henkel-Ecolab's business mirrors that of Ecolab's elsewhere, offering the same premium products and services to global chains that require worldwide consistency, as well as serving individual customers.



**1998**

- Institutional 36%
- Professional Hygiene 26%
- Food & Beverage P3 25%
- Textile Hygiene (Textile Care) 13%

**Customers:**
- Restaurants
- Hotels
- Laundries
- Healthcare facilities
- Dairy farms and plants
- Food, beverage and brewery processing plants
- Schools
- Office buildings
- Light industry

**Market:**
- Europe



| Quarter | 1998 High | 1998 Low | 1997 High | 1997 Low |
|---|---|---|---|---|
| First | $29.63 | $26.63 | $19.56 | $18.13 |
| Second | $33.00 | $28.19 | $24.03 | $19.06 |
| Third | $33.11 | $27.13 | $24.94 | $21.28 |
| Fourth | $38.00 | $26.13 | $28.00 | $23.06 |

○ Ecolab Stock Price
○ Ecolab Stock Price Index, Jan 1, 1996 = 100
○ S&P 500 Index, Jan 1, 1996 = 100

---

**Institutional:** Innovative warewashing, on-premise laundry, housekeeping, warehandling, water filtration and conditioning, kitchen equipment repair, vehicle wash, and pool and spa management products, programs and services for the foodservice and hospitality industries.

**Pest Elimination:** Commercial pest elimination and prevention services.

**Kay:** Cleaning and sanitation products and training programs for the quickservice restaurant, convenience store and food retail markets.

**Textile Care:** Cleaning and sanitizing products and services for large on-premise and commercial laundries.

**Professional Products:** Floor-care, carpet-care, odor-control, personal hand soap, surgical scrub, disinfecting and general sanitizing products, programs and systems for the commercial, industrial and healthcare markets.

**Water Care Services:** Water treatment programs for boilers, cooling water and waste treatment systems.

**Food & Beverage:** Cleaning and sanitizing products, equipment, systems and services for the agribusiness, beverage, brewery, dairy and food processing industries.

Sales (Dollars in Millions)
| 1996 | 1997 | 1998 |
|---|---|---|
| $1,490 | $1,640 | $1,888 |

| December 31 | 1996 | 1997 | 1998 |
|---|---|---|---|
| Institutional | 2,125 | 2,260 | 2,405 |
| Kay | 95 | 100 | 120 |
| Textile Care | 135 | 130 | 125 |
| Professional Products | 200 | 200 | 190 |
| Water Care | 80 | 95 | 95 |
| Food & Beverage | 365 | 375 | 420 |
| Pest Elimination | 1,035 | 1,115 | 1,260 |
| Other – U.S. | – | 5 | 285 |
| Canada | 240 | 265 | 300 |
| Asia Pacific* | 455 | 505 | 750 |
| Latin America | 335 | 310 | 330 |
| Africa | 75 | 85 | 85 |
| Total | 5,140 | 5,445 | 6,365 |

*excludes Gibson in 1996 and 1997

Prior years have been restated to conform to the 1998 presentation.

---

**Institutional:** Warewashing, housekeeping and related products and services for the hospitality and foodservice markets.

**Professional Hygiene:** Detergents, sanitizers, machines, equipment, floor-care and odor-control products for contract or in-house cleaning, and highly specialized disinfectants and other cleaning and sanitizing products for the healthcare industry.

**Food & Beverage P3:** Cleaning and sanitizing products for the agribusiness, beverage, brewery, dairy, food processing, pharmaceutical and cosmetic industries.

**Textile Hygiene:** Cleaning and sanitizing products and services for large commercial, on-premise and small independent laundries.

Sales (Millions)
| 1996 | 1997 | 1998 |
|---|---|---|
| $905 | $845 | $904 |
| DM 1,355 | DM 1,447 | DM 1,597 |

● Deutsche Marks

| December 31 | 1996 | 1997 | 1998 |
|---|---|---|---|
| Joint Venture | 2,010 | 2,225 | 2,365 |

Prior years have been restated to conform to the 1998 presentation.

**Financial Highlights**

| December 31 (thousands, except per share) | 1998 | 1997 | 1996 | Percent Change 1998 | 1997 |
|---|---|---|---|---|---|
| Net Sales | $1,888,226 | $1,640,352 | $1,490,009 | 15% | 10% |
| Income from Continuing Operations | 154,506 | 133,955 | 113,185 | 15 | 18 |
| Percent of Sales | 8.2% | 8.2% | 7.6% | | |
| Diluted Income from Continuing Operations per Common Share | 1.15 | 1.00 | 0.85 | 15 | 18 |
| Diluted Weighted-Average Common Shares Outstanding | 134,047 | 133,822 | 132,817 | – | 1 |
| Cash Dividends Declared per Common Share | 0.390 | 0.335 | 0.290 | 16 | 16 |
| Cash Provided by Continuing Operating Activities | 274,529 | 235,098 | 254,269 | 17 | (8) |
| Capital Expenditures | 147,631 | 121,667 | 111,518 | 21 | 9 |
| Shareholders' Equity | 690,541 | 551,701 | 519,963 | 25 | 6 |
| Return on Beginning Equity | 28.0% | 25.8% | 24.8% | | |
| Total Debt | 295,032 | 308,268 | 176,292 | (4) | 75 |
| Total Debt to Capitalization | 29.9% | 35.8% | 25.3% | | |
| Total Assets | $1,470,995 | $1,416,299 | $1,208,409 | 4% | 17% |



**Net Sales** (Dollars in Millions): 1994 $1,208; 1995 $1,341; 1996 $1,490; 1997 $1,640; 1998 $1,888



**Income** (Dollars in Millions): 1994 $90; 1995 $99; 1996 $113; 1997 $134; 1998 $155



**Diluted Income per Share** (Dollars): 1994 $0.66; 1995 $0.73; 1996 $0.85; 1997 $1.00; 1998 $1.15



**Dividends Declared per Share** (Dollars): 1994 $0.228; 1995 $0.258; 1996 $0.290; 1997 $0.335; 1998 $0.390

Income and diluted income per share are continuing operations. 1994 reflects pro forma adjustments to eliminate unusual items associated with the company's December 1994 merger with Kay Chemical Company.

This Annual Report to Stockholders contains various "Forward-Looking Statements" within the meaning of the Private Securities Litigation Reform Act of 1995. These statements, which represent Ecolab's expectations or beliefs concerning various future events, are based on current expectations. Therefore, they involve a number of risks and uncertainties that could cause actual results to differ from those of such Forward-Looking Statements. We refer readers to the Company's statement entitled "Forward-Looking Statements and Risk Factors," which is contained under Part I of the Company's Annual Report on Form 10-K for the year ended December 31, 1998, for further discussion of these matters. Additional risk factors may be described from time to time in Ecolab's filings with the Securities and Exchange Commission.

## Consolidated Balance Sheet

| December 31 (thousands, except per share) | 1998 | 1997 | 1996 |
|---|---:|---:|---:|
| **Assets** | | | |
| Cash and cash equivalents | $ 28,425 | $ 61,169 | $ 69,275 |
| Accounts receivable, net | 246,695 | 246,041 | 205,026 |
| Inventories | 165,627 | 154,831 | 122,248 |
| Deferred income taxes | 36,256 | 34,978 | 29,344 |
| Other current assets | 26,511 | 12,482 | 9,614 |
| Current Assets | 503,514 | 509,501 | 435,507 |
| Property, Plant and Equipment, Net | 420,205 | 395,562 | 332,314 |
| Investment in Henkel-Ecolab Joint Venture | 253,646 | 239,879 | 285,237 |
| Other Assets | 293,630 | 271,357 | 155,351 |
| Total Assets | $1,470,995 | $1,416,299 | $1,208,409 |
| **Liabilities and Shareholders' Equity** | | | |
| Short-term debt | $ 67,991 | $ 48,884 | $ 27,609 |
| Accounts payable | 124,646 | 130,682 | 103,803 |
| Compensation and benefits | 79,431 | 74,317 | 71,533 |
| Income taxes | 244 | 13,506 | 26,977 |
| Other current liabilities | 127,479 | 137,075 | 97,849 |
| Current Liabilities | 399,791 | 404,464 | 327,771 |
| Long-Term Debt | 227,041 | 259,384 | 148,683 |
| Postretirement Health Care and Pension Benefits | 85,793 | 76,109 | 73,577 |
| Other Liabilities | 67,829 | 124,641 | 138,415 |
| Shareholders' Equity (common stock, par value $1.00 per share; shares outstanding: 1998 – 129,479; 1997 – 129,127; 1996 – 129,600) | 690,541 | 551,701 | 519,963 |
| Total Liabilities and Shareholders' Equity | $1,470,995 | $1,416,299 | $1,208,409 |

See notes to consolidated financial statements.



You see a world.
We see a world of opportunity.

Ecolab 1997 Annual Report