# 1997

| Business Overview | Business Mix | Customers/Markets |
|---|---|---|

## Ecolab

Reaching customers in more than 150 countries around the world to provide products, systems and services to meet all of their cleaning and sanitation needs is the premise behind Ecolab's Circle the Customer – Circle the Globe strategy. To this end, Ecolab develops and markets complementary offerings through seven business units in the United States: Institutional, Pest Elimination, Kay, Textile Care, Professional Products, Food & Beverage, and Water Care Services. In addition, as a global supplier, Ecolab reaches customers in Canada, Asia Pacific, Latin America and Africa through direct subsidiaries, joint ventures, export operations, licensees and distributors.



97
- Institutional 43%
- International 22%
- Food & Beverage 13%
- Pest Elimination 6%
- Professional Products 6%
- Kay 5%
- Textile Care 4%
- Water Care Services 1%

*Customers:*
- Restaurants
- Hotels
- Quickservice operations
- Schools
- Laundries
- Healthcare facilities
- Dairy farms and plants
- Food, beverage and brewery processing plants
- Office buildings
- Shopping malls
- Light industry
- Fleet and vehicle wash

*Markets:*
- United States
- Canada
- Asia Pacific
- Latin America
- Africa

## Henkel-Ecolab

In Europe, Ecolab completes its Circle the Customer – Circle the Globe strategy through Henkel-Ecolab, a joint venture headquartered in Düsseldorf, Germany. Henkel-Ecolab's business mirrors that of Ecolab's elsewhere, offering the same premium products and services to global chains that require worldwide consistency, as well as individual customers that prize value-added quality.



97
- Institutional 36%
- Professional Hygiene 25%
- Food (P3) Hygiene 25%
- Textile Hygiene 14%

*Customers:*
- Restaurants
- Hotels
- Laundries
- Healthcare facilities
- Dairy farms and plants
- Food, beverage and brewery processing plants
- Schools
- Office buildings
- Light industry

*Market:*
- Europe



Global Coverage
- Countries Served by Ecolab
- Countries Served by Henkel-Ecolab

| Services/Products | Sales | Sales-and-Service Associates |
|---|---|---|

*Institutional:* Innovative detergents and sanitizers for warewashing, on-premise laundry, specialty cleaning products, product dispensing equipment, and racks and related kitchen equipment for foodservice, lodging and healthcare industries.

*Pest Elimination:* Commercial pest elimination and prevention services.

*Kay:* Cleaning and sanitation products and training programs for the quickservice restaurant and grocery markets.

*Textile Care:* Cleaning and sanitizing products and services for large on-premise and commercial laundries.

*Professional Products:* Detergents and sanitizers; floorcare, odor-control and infection-control products; and gym floor finishes for the healthcare and janitorial markets.

*Water Care Services:* Water treatment programs for boilers, cooling water and waste treatment systems, and pool and spa management programs.

*Food & Beverage:* Cleaning and sanitizing products, equipment, systems and services for the agribusiness, beverage, brewery, dairy and food industries.

**Sales** (Dollars in Millions)
$1,341   $1,490   $1,640
95   96   97

| December 31 | 1995 | 1996 | **1997** |
|---|---|---|---|
| Institutional | 2,235 | 2,315 | **2,445** |
| Pest Elimination | 985 | 1,035 | **1,125** |
| Kay | 100 | 115 | **125** |
| Textile Care | 135 | 145 | **140** |
| Professional Products | 65 | 200 | **215** |
| Water Care | 100 | 100 | **90** |
| Food & Beverage | 285 | 350 | **405** |
| Canada | 240 | 265 | **300** |
| Asia Pacific* | 635 | 595 | **665** |
| Latin America | 375 | 400 | **370** |
| Africa | 125 | 85 | **110** |
| Total | 5,280 | 5,605 | **5,990** |

*excludes Gibson

---

*Institutional:* Warewashing and related products and services for commercial, hotel, restaurant and catering kitchens.

*Professional Hygiene:* Detergents, sanitizers, floorcare and odor-control products, and highly specialized disinfectants and other cleaning and sanitizing products for the healthcare industry.

*Food (P3) Hygiene:* Cleaning and sanitizing products for the agribusiness, beverage, brewery, dairy and food processing industries.

*Textile Hygiene:* Cleaning and sanitizing products and services for large and on-premise laundry market sectors.

**Sales** (Millions)
$909   $905   $845
DM1,309   DM1,355   DM1,447
95   96   97
● Deutsche Marks

| December 31 | 1995 | 1996 | **1997** |
|---|---|---|---|
| Joint Venture | 2,470 | 2,370 | **2,635** |

---



### Ecolab Stock Performance

|  | 1997 | | 1996 | |
|---|---|---|---|---|
| Quarter | High | Low | High | Low |
| First | $19.56 | $18.13 | $16.31 | $14.56 |
| Second | $24.03 | $19.06 | $16.94 | $14.75 |
| Third | $24.94 | $21.28 | $16.88 | $14.75 |
| Fourth | $28.00 | $23.06 | $19.75 | $16.75 |

□ Ecolab Stock Price
○ Ecolab Stock Price Index, Jan. 1, 1995 = 100
◎ S&P 500 Index, Jan. 1, 1995 = 100

# Highlights

## Financial Highlights

|  |  |  |  | Percent Change | |
|---|---|---|---|---|---|
| December 31 (dollars in thousands, except per share) | 1997 | 1996 | 1995 | 1997 | 1996 |
| Net Sales | $1,640,352 | $1,490,009 | $1,340,881 | 10% | 11% |
| Net Income | 133,955 | 113,185 | 99,189 | 18 | 14 |
| Percent of Sales | 8.2% | 7.6% | 7.4% | | |
| Diluted Net Income per Common Share | 1.00 | 0.85 | 0.73 | 18 | 16 |
| Diluted Weighted Average Common Shares Outstanding | 133,822 | 132,817 | 134,956 | 1 | (2) |
| Cash Dividends Declared per Common Share | 0.335 | 0.290 | 0.258 | 16 | 13 |
| Cash Provided by Continuing Operating Activities | 235,098 | 254,269 | 163,463 | (8) | 56 |
| Capital Expenditures | 121,667 | 111,518 | 109,894 | 9 | 1 |
| Shareholders' Equity | 551,701 | 519,963 | 456,658 | 6 | 14 |
| Return on Beginning Equity | 25.8% | 24.8% | 21.5% | | |
| Total Debt | 308,268 | 176,292 | 161,049 | 75 | 9 |
| Total Debt to Capitalization | 35.8% | 25.3% | 26.1% | | |
| Total Assets | $1,416,299 | $1,208,409 | $1,060,880 | 17% | 14% |



**Net Sales** (Dollars in Millions): $1,102 (93), $1,208 (94), $1,341 (95), $1,490 (96), $1,640 (97)

**Net Income** (Dollars in Millions): $81 (93), $90 (94), $99 (95), $113 (96), $134 (97)

**Diluted Net Income per Share** (Dollars): $0.59 (93), $0.66 (94), $0.73 (95), $0.85 (96), $1.00 (97)

**Dividends Declared per Share** (Dollars): $0.198 (93), $0.228 (94), $0.258 (95), $0.290 (96), $0.335 (97)

Net income and diluted net income per share for 1993 and 1994 are pro forma results that reflect adjustments to eliminate unusual items associated with the company's December 1994 merger with Kay Chemical Company.

This Annual Report to Stockholders contains various "Forward-Looking Statements" within the meaning of the Private Securities Litigation Reform Act of 1995. These statements, which represent Ecolab's expectations or beliefs concerning various future events, are based on current expectations. Therefore, they involve a number of risks and uncertainties that could cause actual results to differ from those of such Forward-Looking Statements. We refer readers to the Company's statement entitled "Forward-Looking Statements and Risk Factors," which is contained under Item 1 of the Company's Annual Report on Form 10-K for the year ended December 31, 1997, for further discussion of these matters. Additional risk factors may be described from time to time in Ecolab's filings with the Securities and Exchange Commission.

# Balance Sheet

## Consolidated Balance Sheet

| December 31 (thousands, except per share) | 1997 | 1996 | 1995 |
|---|---|---|---|
| **Assets** | | | |
| Cash and cash equivalents | $ 61,169 | $ 69,275 | $ 24,718 |
| Accounts receivable, net | 246,041 | 205,026 | 198,432 |
| Inventories | 154,831 | 122,248 | 106,117 |
| Deferred income taxes | 34,978 | 29,344 | 21,617 |
| Other current assets | 12,482 | 9,614 | 7,188 |
| Current Assets | 509,501 | 435,507 | 358,072 |
| Property, Plant and Equipment, Net | 395,562 | 332,314 | 292,937 |
| Investment in Henkel-Ecolab Joint Venture | 239,879 | 285,237 | 302,298 |
| Other Assets | 271,357 | 155,351 | 107,573 |
| Total Assets | $1,416,299 | $1,208,409 | $1,060,880 |
| **Liabilities and Shareholders' Equity** | | | |
| Short-term debt | $ 48,884 | $ 27,609 | $ 71,647 |
| Accounts payable | 130,682 | 103,803 | 81,931 |
| Compensation and benefits | 74,317 | 71,533 | 59,766 |
| Income taxes | 13,506 | 26,977 | 18,248 |
| Other current liabilities | 137,075 | 97,849 | 78,946 |
| Current Liabilities | 404,464 | 327,771 | 310,538 |
| Long-Term Debt | 259,384 | 148,683 | 89,402 |
| Postretirement Health Care and Pension Benefits | 76,109 | 73,577 | 70,666 |
| Other Liabilities | 124,641 | 138,415 | 133,616 |
| Shareholders' Equity (common stock, par value $1.00 per share; shares outstanding: 1997 – 129,127; 1996 – 129,600; 1995 – 129,403) | 551,701 | 519,963 | 456,658 |
| Total Liabilities and Shareholders' Equity | $1,416,299 | $1,208,409 | $1,060,880 |

See notes to consolidated financial statements.

*1996 Annual Report*

# Ecolab

*Spirit. Pride. Determination. Commitment. Passion. Integrity.*