**1996 Business Overview**

## Businesses

### Ecolab

Reaching customers in more than 150 countries around the world to provide products, systems and services to meet all their cleaning and sanitation needs is the premise behind Ecolab's Circle the Customer – Circle the Globe strategy. To this end, Ecolab develops and markets complementary offerings through seven business units in the United States: Institutional, Pest Elimination, Kay, Textile Care, Professional Products, Food and Beverage, and Water Care Services. In addition, as a global supplier, Ecolab reaches customers in Canada, Asia Pacific, Latin America, and Africa through direct subsidiaries, joint ventures, export operations, licensees and distributors.

## Business Mix



- Institutional 43%
- Pest Elimination 7%
- Kay 5%
- Textile Care 4%
- Professional Products 6%
- Water Care Services 1%
- Food and Beverage 11%
- International 23%

## Customers/Markets

Customers:
- Restaurants
- Hotels
- Quickservice operations
- Schools
- Laundries
- Healthcare facilities
- Dairy farms and plants
- Food, beverage and brewery processing plants
- Office buildings
- Shopping malls
- Light industry

Markets:
- United States
- Canada
- Asia Pacific
- Latin America
- Africa

### Henkel-Ecolab

In Europe, Ecolab completes its Circle the Customer – Circle the Globe strategy through Henkel-Ecolab, a joint venture headquartered in Düsseldorf, Germany. Henkel-Ecolab's business mirrors that of Ecolab's elsewhere, offering the same premium products and services to global chains that require worldwide consistency and individual customers that prize value-added quality.



- Institutional 33%
- Professional Hygiene 26%
- Food (P3) Hygiene (Food and Beverage) 25%
- Textile Hygiene (Textile Care) 16%

Customers:
- Restaurants
- Hotels
- Laundries
- Healthcare facilities
- Dairy farms and plants
- Food, beverage and brewery processing plants
- Schools
- Office buildings
- Light industry

Market:
- Europe

## Global Coverage



- Ecolab Direct Operations
- Ecolab's Joint Venture, Henkel-Ecolab
- Ecolab Export, Distributors or Licensees

## Services/Products

**Institutional:** Detergents and sanitizers for warewashing, on-premise laundry, specialty cleaning products, product dispensing equipment and racks and related kitchen equipment for foodservice, lodging and healthcare industries.

**Pest Elimination:** Commercial pest elimination and prevention technology and services.

**Kay:** Sanitation products emphasizing single-use packets, grill cleaners and floorcare coating products, and highly structured training programs for the quickservice market.

**Textile Care:** Cleaning and sanitizing products and services for large commercial laundries.

**Professional Products:** Detergents and sanitizers, floorcare, odor-control and infection-control products, and gym floor finishes for the janitorial and healthcare markets.

**Water Care Services:** Water treatment programs for boilers, cooling water and waste treatment systems, and pool and spa management programs.

**Food and Beverage:** Cleaning and sanitizing products, equipment, systems and services for the agribusiness, beverage, brewery, dairy and food industries.

## Net Sales



Sales (Dollars in Millions): $1,208 (94), $1,341 (95), $1,490 (96)

## Sales-and-Service Associates

| December 31 | 1994 | 1995 | 1996 |
|---|---|---|---|
| Institutional | 2,235 | 2,235 | 2,315 |
| Pest Elimination | 910 | 985 | 1,035 |
| Kay | 85 | 100 | 115 |
| Textile Care | 135 | 135 | 145 |
| Professional Products | 60 | 65 | 200 |
| Water Care | – | 100 | 100 |
| Food and Beverage | 270 | 285 | 350 |
| Canada | 240 | 240 | 265 |
| Asia Pacific | 580 | 635 | 595 |
| Latin America | 330 | 375 | 400 |
| Africa | – | 125 | 85 |
| **Total** | **4,845** | **5,280** | **5,605** |

---

**Institutional:** Warewashing and related products and services for commercial, hotel, restaurant and catering kitchens.

**Professional Hygiene:** Detergents, sanitizers, floorcare and odor-control products, and highly specialized disinfectants and other cleaning and sanitizing products for the healthcare industry.

**Food (P3) Hygiene:** Cleaning and sanitizing products for the agribusiness, beverage, brewery, dairy and food processing industries.

**Textile Hygiene:** Cleaning and sanitizing products and services for large and on-premise laundry market sectors.



Sales (Dollars in Millions): $777 (94), $909 (95), $905 (96)

| December 31 | 1994 | 1995 | 1996 |
|---|---|---|---|
| **Total** | 2,440 | 2,470 | 2,370 |

---

### Ecolab Stock Performance



| | 1996 | | 1995 | |
|---|---|---|---|---|
| Quarter | **High** | **Low** | High | Low |
| First | **$32.63** | **$29.13** | $24.88 | $20.00 |
| Second | **$33.88** | **$29.50** | $25.50 | $22.50 |
| Third | **$33.75** | **$29.50** | $28.13 | $24.25 |
| Fourth | **$39.50** | **$33.50** | $31.75 | $27.25 |

- Ecolab Stock Price
- Ecolab Stock Price Index, Jan. 1, 1994 = 100
- S&P 500 Index, Jan. 1, 1994 = 100

# Financial Highlights

| December 31 (dollars in thousands, except per share) | 1996 | 1995 | 1994 | Percent Change 1996 | 1995 |
|---|---|---|---|---|---|
| Net Sales | $1,490,009 | $1,340,881 | $1,207,614 | 11% | 11% |
| Net Income | 113,185 | 99,189 | 90,464 | 14 | 10 |
| Percent of Sales | 7.6% | 7.4% | 7.5% | | |
| Net Income per Common Share | 1.75 | 1.50 | 1.34 | 17 | 12 |
| Average Common Shares Outstanding | 64,496 | 66,097 | 67,550 | (2) | (2) |
| Cash Dividends Declared per Common Share | 0.58 | 0.515 | 0.455 | 13 | 13 |
| Cash Provided by Continuing Operating Activities | 254,269 | 163,463 | 154,346 | 56 | 6 |
| Capital Expenditures | 111,518 | 109,894 | 88,457 | 1 | 24 |
| Shareholders' Equity | 519,963 | 456,658 | 461,808 | 14 | (1) |
| Return on Beginning Equity | 24.8% | 21.5% | 21.6% | | |
| Total Debt | 176,292 | 161,049 | 147,213 | 9 | 9 |
| Total Debt to Capitalization | 25.3% | 26.1% | 24.2% | | |
| Total Assets | $1,208,409 | $1,060,880 | $1,020,356 | 14% | 4% |



Net Sales (Dollars in Millions): $1,058 $1,102 $1,208 $1,341 $1,490 (92, 93, 94, 95, 96)



Net Income (Dollars in Millions): $69 $81 $90 $99 $113 (92, 93, 94, 95, 96)



Net Income per Share (Dollars): $1.02 $1.20 $1.34 $1.50 $1.75 (92, 93, 94, 95, 96)



Dividends per Share (Dollars): $.358 $.395 $.455 $.515 $.580 (92, 93, 94, 95, 96)

Net income and net income per share for 1994 and prior years are pro forma results which reflect adjustments to eliminate unusual items associated with the company's December 1994 merger with Kay Chemical Company.

**Consolidated Balance Sheet**

| December 31 (thousands, except per share) | 1996 | 1995 | 1994 |
|---|---:|---:|---:|
| **Assets** | | | |
| Cash and cash equivalents | $ 69,275 | $ 24,718 | $ 98,255 |
| Accounts receivable, net | 205,026 | 198,432 | 168,807 |
| Inventories | 122,248 | 106,117 | 100,015 |
| Deferred income taxes | 29,344 | 21,617 | 22,349 |
| Other current assets | 9,614 | 7,188 | 11,753 |
| Current Assets | 435,507 | 358,072 | 401,179 |
| Property, Plant and Equipment, Net | 332,314 | 292,937 | 246,191 |
| Investment in Henkel-Ecolab Joint Venture | 285,237 | 302,298 | 284,570 |
| Other Assets | 155,351 | 107,573 | 88,416 |
| Total Assets | $1,208,409 | $1,060,880 | $1,020,356 |
| **Liabilities and Shareholders' Equity** | | | |
| Short-term debt | $ 27,609 | $ 71,647 | $ 41,820 |
| Accounts payable | 103,803 | 81,931 | 76,905 |
| Compensation and benefits | 71,533 | 59,766 | 56,445 |
| Income taxes | 26,977 | 18,248 | 13,113 |
| Other current liabilities | 97,849 | 78,946 | 65,382 |
| Current Liabilities | 327,771 | 310,538 | 253,665 |
| Long-Term Debt | 148,683 | 89,402 | 105,393 |
| Postretirement Health Care and Pension Benefits | 73,577 | 70,666 | 70,882 |
| Other Liabilities | 138,415 | 133,616 | 128,608 |
| Shareholders' Equity (common stock, par value $1.00 per share; shares outstanding: 1996 - 64,800; 1995 - 64,701; 1994 - 67,671) | 519,963 | 456,658 | 461,808 |
| Total Liabilities and Shareholders' Equity | $1,208,409 | $1,060,880 | $1,020,356 |

See notes to consolidated financial statements.