# EXHIBIT 8

# Fact Book



THE WORLD LEADER IN PREMIUM CLEANING, SANITATION AND SERVICE SOLUTIONS

CIRCLE THE CUSTOMER / CIRCLE THE GLOBE



| | |
|---|---|
| Business Overview | 2 |
| Corporate Strategy | 4 |
| Culture Statement | 5 |
| Institutional | 6 |
| Kay | 18 |
| Textile Care | 24 |
| Food & Beverage | 30 |
| Professional Products | 36 |
| Healthcare | 41 |
| Vehicle Care | 46 |
| Water Care Services | 51 |
| Pest Elimination | 55 |
| EcoSure | 61 |
| GCS Service | 62 |
| International Operations | 67 |
| Support Functions | 74 |
| Financial Objectives | 81 |
| Shareholder Information | 82 |

## DESCRIPTION OF BUSINESS

Founded in 1923, Ecolab is the leading global developer and marketer of premium cleaning, sanitizing, pest elimination, maintenance and repair products and services for the world's hospitality, institutional and industrial markets.

Headquartered in St. Paul, Minn., Ecolab reaches customers in North America, Europe, Asia Pacific, Latin America, the Middle East and Africa, employing more than 21,000 associates worldwide. Customers include hotels and restaurants; foodservice, healthcare and educational facilities; quickservice (fast food) units; commercial laundries; light industry; dairy plants and farms; and food and beverage processors. Products and services are marketed by the industry's largest and best-trained direct sales-and-service force, numbering more than 10,000 associates who advise and assist customers in meeting a full range of cleaning, sanitation and service needs.

Ecolab common stock is traded on the New York Stock Exchange and the Pacific Stock Exchange under the symbol ECL. Ecolab news releases and other selected investor information are available by calling 1-800-FACT-ECL (1-800-322-8325) or via the Internet at www.ecolab.com.

All names appearing in italic type in the text of this publication are trademarks, brand names or service marks of Ecolab Inc., or Kay Chemical Co. In addition, Airkem, Raburn and Ecotemp are trademarks of Ecolab Inc.

*Lava* is a registered trademark of Block Drug Co. Inc. *Sparkle* is a registered trademark of A.J. Funk. *Endust, Behold* and *Ty-D-Bol* are registered trademarks of Kiwi Brands Inc.