# EXHIBIT 9



Choose a Location    Contact Us    eBusiness

# COMPANY PROFILE
Home · CompanyProfile

**HOME**   **COMPANY PROFILE**   **BUSINESSES**   **PUBLIC HEALTH**   **CAREERS**   **INVESTOR**   **NEWS**

### COMPANY PROFILE
- Company Profile Home
- Community Involvement
- Company History
- Sustainability
- Publications

REL/
Busir
Glob
Cultu



**COMPANY**
With $5 billion in global sales, Ecolab is the world's leading provider of cleaning, food safety and health protection products and services for the hospitality, foodservice, healthcare and industrial markets.

**HEADQUARTERS**
St. Paul, Minnesota, USA

**FOUNDED**
St. Paul native Merritt J. Osborn founded Ecolab in 1923 as Economics Laboratory. Its name was changed to Ecolab in 1986.

**EMPLOYEES**
More than 23,000 associates worldwide

**PATENTS**
Ecolab has been issued more than 4,000 patents worldwide, including the industry's first patents for solid warewashing detergent, clean-in-place technology for beverage and food processing, and a no-rinse enzyme-based floor cleaner for grease removal in foodservice operations.

**GLOBAL REACH**
- Africa/Middle East
- Asia/Pacific
- Europe
- Latin America
- North America

Direct operations in nearly 70 countries. In addition, 100 other countries are reached through distributors, licensees and export operations.

**BUSINESS UNITS**
Institutional: Cleaning and sanitizing products, programs and services for the foodservice, hospitality, healthcare, retail, building services industries, including warewashing, on-premise laundry, housekeeping, water filtration and conditioning, food

safety products, specialty kitchen and laundry products, and pool and spa management.

Kay: Cleaning and sanitizing products, services and training programs for quickservice (QSR) restaurants, food retail markets, movie theaters and convenience stores.

Pest Elimination: Service and technology for the detection, identification, elimination and prevention of pests in commercial facilities, as well as food safety auditing and training services.

Food & Beverage: Cleaning and sanitizing products, equipment, systems and services for the agribusiness, beverage, brewery, pharmaceutical, dairy, meat, poultry and food processing industries.

Healthcare: Products and services including healthcare personnel hand wash, surgical scrubs, cleaning and disinfection products used in processing surgical instruments, and hard surface disinfection.

GCS Service: Service and parts for the repair and maintenance of commercial foodservice equipment.

Textile Care: Cleaning and sanitizing products, programs and services, including water recycling energy solutions, and data management systems, for commercial laundries serving the work wear, linen and healthcare markets.

Vehicle Care: Vehicle cleaning, protection and detailing products and services for full-service tunnel, quick-service in-bay, self-service and detail car wash operations and corporate-owned transportation fleets.

Water Care Services: Industrial water treatment products and services for boilers, cooling water and waste treatment systems.

RECENT AWARDS
- World's Most Ethical Companies (*Ethisphere* Magazine)
    Only 80 companies were chosen for this award (May 2007)

- 100 Best Corporate Citizens (*CRO* magazine)
    Ecolab's eighth appearance in eight years (January 2007)

- Forbes 2006 Honor Roll
    Special recognition for companies appearing on *Forbes* "400 Best Big Companies in America" list every year since the list's inception in 1999 (December 2006)

- America's Most Shareholder Friendly Companies (*Institutional Investor* magazine)
    Ecolab's third appearance in as many years (March 2007)

- Black Pearl Award for Corporate Excellence in Food Safety and Quality (International Association of Food Protection)
    Recognizing Ecolab's achievements in corporate excellence in food safety and quality (August 2006)

- Great Places to Work (*Minneapolis / St Paul Business Journal*)
    Ecolab was acknowledged as one of the "Great Places to Work" for the headquarters locations (August 2006)

- 50 Best Companies to Sell For (*Selling Power* magazine)
    For the second year in a row, Ecolab was ranked third "Best Manufacturing Company to Sell For" in the United States (November 2006)

- EPA Climate Leaders Award (Environmental Protection Agency)
    An Ecolab plant manager at City of Industry, California, accepted an award recognizing Ecolab's commitment to Climate Leaders from the EPA (February 2006)

- Mergent Dividend Achiever (Mergent Inc.)

Ecolab was recognized for an outstanding record of 10 or more years of consecutive dividend increases and declared a 2006 Mergent Dividend Achiever

- KLD's Domini 400 Social Index (DSI)
  Ecolab is listed on the Domini 400 Social index, a benchmark of the impact of social screening on financial returns and portfolio performance

Privacy Statement   © 2008 Ecolab Inc. All rights reserved.