# EXHIBIT 10



# INSPIRING CONFIDENCE
2006 ANNUAL REPORT



## BOARD OF DIRECTORS

**DOUGLAS M. BAKER, JR.**
Chairman of the Board, President and Chief Executive Officer, Ecolab Inc., Director since 2004

**LESLIE S. BILLER**
Chief Executive Officer of Greendale Capital, LLC (private investment and advisory firm), Director since 1997, Compensation and Finance* Committees

**RICHARD U. DE SCHUTTER**
Retired Chairman and Chief Executive Officer, DuPont Pharmaceutical Company (drug manufacturer), Director since 2004, Audit and Governance Committees

**JERRY A. GRUNDHOFER**
Chairman of the Board, U.S. Bancorp (financial services holding company), Director since 1999, Compensation* and Finance Committees

**STEFAN HAMELMANN**
Member of the Shareholders' Committee, Henkel KGaA (chemicals, household and personal care products and adhesives), Director since 2001, Finance Committee

**JOEL W. JOHNSON**
Retired Chairman and Chief Executive Officer, Hormel Foods Corporation (food products), Director since 1996, Audit* and Governance Committees

**JERRY W. LEVIN**
Chairman and interim Chief Executive Officer, Sharper Image Corp. (national specialty retailer), Director since 1992, Compensation and Governance* Committees

**ROBERT L. LUMPKINS**
Chairman of the Board, The Mosaic Company (crop and animal nutrition products and services), Director since 1999, Audit and Governance Committees

**BETH M. PRITCHARD**
President and Chief Executive Officer, Dean & Deluca, Inc. (gourmet and specialty foods), Director since 2004, Compensation and Finance Committees

**KASPER RORSTED**
Executive Vice President, Henkel KGaA (chemicals, household and personal care products and adhesives), Director since 2005, Finance Committee

*Denotes Committee Chair

**HANS VAN BYLEN**
Executive Vice President, Henkel KGaA (chemicals, household and personal care products and adhesives), Director since 2007

**JOHN J. ZILLMER**
Chairman and Chief Executive Officer, Allied Waste Industries, Inc. (solid waste management), Director since 2006, Audit and Governance Committees

## COMMUNICATIONS WITH DIRECTORS

Stakeholders and other interested parties, including our investors and employees, with substantive matters requiring the attention of our board (e.g., governance issues or potential accounting, control or auditing irregularities) may use the contact information for our board located on our Web site at www.ecolab.com/investor/governance

In addition to online communications, interested parties may direct correspondence to our board at:
Ecolab Inc.
Attn: Corporate Secretary
370 Wabasha Street North
St. Paul, MN 55102

## OTHER COMMUNICATIONS

Matters not requiring the direct attention of our board – such as employment inquiries, sales solicitations, questions about our products and other such matters – should be submitted to the company's management at our St. Paul headquarters, or online at www.ecolab.com/contact/frmcontact.asp

## CORPORATE OFFICERS

**DOUGLAS M. BAKER, JR.**
Chairman of the Board,
President and Chief Executive Officer

**LAWRENCE T. BELL**
Senior Vice President,
General Counsel and Secretary

**ANGELA M. BUSCH**
Vice President –
Corporate Development

**JOHN J. CORKREAN**
Vice President and Treasurer

**STEVEN L. FRITZE**
Executive Vice President and Chief Financial Officer

**ROBERT K. GIFFORD**
Senior Vice President –
Global Supply Chain

**THOMAS W. HANDLEY**
Executive Vice President –
Industrial Sector

**MICHAEL A. HICKEY**
Senior Vice President –
Global Business Development

**DIANA D. LEWIS**
Senior Vice President –
Human Resources

**PHILLIP J. MASON**
Executive Vice President –
Asia Pacific and Latin America

**JAMES A. MILLER**
Executive Vice President –
Institutional Sector North America

**SUSAN K. NESTEGARD**
Senior Vice President – Research, Development and Engineering and Chief Technical Officer

**DANIEL J. SCHMECHEL**
Senior Vice President and Controller

**THOMAS W. SCHNACK**
Senior Vice President –
North America Food & Beverage

**C. WILLIAM SNEDEKER**
Executive Vice President –
Global Services Sector

**ROBERT P. TABB**
Vice President and
Chief Information Officer

**JAMES H. WHITE**
Senior Vice President –
Strategy and Marketing Development