| | |
|---|---|
| **OUTTEN & GOLDEN LLP** | **GETMAN LAW OFFICE** |
| Adam T. Klein (AK 3293) | Michael J.D. Sweeney (MS 7959) |
| Justin M. Swartz (JS 7989) | Matthew Dunn (MD 1103) |
| Jack A. Raisner (JR 6171) | Dan Getman (DG 4613) |
| Rachel M. Bien (RB 6919) | Tara Bernstein (TB 7733) |
| 3 Park Avenue, 29th Floor | 9 Paradies Lane |
| New York, New York 10016 | New Paltz, New York 12561 |
| Telephone: (212) 245-1000 | Telephone: (845) 255-9370 |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MICHAEL CLARK, individually and on behalf all others similarly situated,

        Plaintiff,

v.

ECOLAB, INC.,

        Defendant.

**CONSENT TO BE A PARTY PLAINTIFF**

No. 07-CV-8623

I consent to be a party plaintiff in the foregoing overtime lawsuit against Ecolab, Inc. in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b). I hereby designate Outten & Golden LLP and the Getman Law Office to represent me in the lawsuit.

_____
Signature

EVAN PLATTNER
Print name

1-29-2008
Date

_____
Address (REDACTED)

_____
City, State, Zip Code (REDACTED)

**To be considered for representation by Getman Law Office and Outten & Golden mail the completed form to Getman Law Office, 9 Paradies Lane, New Paltz, NY 12561 or send it by fax to # 845-255-8649.**