USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
　
MICHAEL CLARK, DAVID STARKMAN, FRANCO
DESIMONE, and JOHN DINISI, individually
and on behalf of all other similarly
situated employees,
　　　　　　　　　　　　Plaintiffs,　　　　　　07 Civ. 8623 (DLC)

　　　　　　　　　　　　　　　　　　　　　　　　ORDER
　　　　　-v-

ECOLAB, INC.,
　　　　　　　　　　　　Defendant.
-------------------------------------------X

DENISE COTE, District Judge:

　　　By motion dated December 26, 2007, defendant Ecolab, Inc. sought to consolidate the claims in this action with the claims in Masson v. Ecolab, Inc., 04 Civ. 4488, now pending in this district before The Honorable Paul A. Crotty, and to transfer the consolidated actions to the Middle District of North Carolina.  It is hereby

　　　ORDERED that the December 26, 2007 motion to transfer to the Middle District of North Carolina is denied without prejudice to renewal.

　　　IT IS FURTHER ORDERED, with the consent of Judge Crotty, that this action be transferred to his docket.

　　　SO ORDERED:

Dated:　　New York, New York
　　　　　February 14, 2008

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　DENISE COTE
　　　　　　　　　　　　　　　　　　　United States District Judge