**LITTLER MENDELSON, P.C.**
885 Third Avenue, 16th Floor
New York, NY 10022-4834
212.583.9600

Counsel for Defendant
ECOLAB INC.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL CLARK, DAVID STARKMAN,
FRANCO DESIMONE, and JOHN DINISI,
individually and on behalf of all other similarly
situated employees,

Civil Action No. 07-8623 (DLC)

Plaintiffs,

v.

ECOLAB, INC.,

Defendant.

---

## DEFENDANT'S MOTION TO ADMIT ANDREW VOSS *PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for

the Southern and Eastern Districts of New York, I, Christina L. Feege, a member in good

standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice*

of

| | |
|---|---|
| Applicant's Name: | Andrew Voss |
| Firm Name: | Littler Mendelson, P.C. |
| Address: | 1300 IDS Center |
| | 80 South 8th Street |
| City/State/Zip: | Minneapolis, MN 55402-2136 |
| Phone Number: | 612-630-1000 |
| Fax Number: | 612-630-9626 |

Andrew Voss is a member in good standing of the Bar of the State of Minnesota, as well

as the 4th, 6th, 7th, and 8th Circuit Courts of Appeal and the United States District Court for the

District of Minnesota, Eastern and Western Districts of Wisconsin, Eastern District of Michigan,

Eastern and Western Districts of Arkansas, and Central District of Illinois. There are no pending

disciplinary proceedings against Mr. Voss in any State or Federal court. In support of this

Motion, please find attached an Affidavit in Support of Defendant's Motion to Admit Andrew

Voss *Pro Hac Vice* (attached hereto as Exhibit A); a Certificate of Good Standing for Mr. Voss

from all of the courts where he is admitted to practice (attached hereto as Exhibit B); a proposed

Order for Admission *Pro Hac Vice* (attached hereto as Exhibit C); and the required $25.00 fee.


Dated:
New York, New York

Christina L. Feege
LITTLER MENDELSON, P.C.
885 Third Avenue, 16th Floor
New York, New York 10022-4834
Telephone:  212-583-9600
Facsimile:  212-832-2719

**EXHIBIT A**

**LITTLER MENDELSON, P.C.**
885 Third Avenue, 16th Floor
New York, NY 10022-4834
212.583.9600

Counsel for Defendant
ECOLAB INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL CLARK, DAVID STARKMAN,      Civil Action No. 07-8623
FRANCO DESIMONE, and JOHN DINISI,
individually and on behalf of all other similarly
situated employees,

                Plaintiffs,

v.

ECOLAB, INC.,

                Defendant.

---

## AFFIDAVIT OF CHRISTINA L. FEEGE  IN SUPPORT OF DEFENDANT'S MOTION TO ADMIT ANDREW VOSS *PRO HAC VICE*

Christina L. Feege, being duly sworn, hereby deposes and says as follows:

1. I am a Shareholder at Littler Mendelson, P.C., and counsel for Defendant Ecolab Inc. in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based upon my personal knowledge of the facts set forth herein and in support of Defendant's Motion to Admit Andrew Voss as counsel *pro hac vice* to represent Ecolab Inc. in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law in 1994. I am also admitted to practice in the United States District Courts for the Northern, Eastern and Southern Districts of New York and the District of Connecticut and am in good standing with these Courts.

3. I have known Mr. Voss since 1998.

4. Mr. Voss is a Shareholder for Littler Mendelson, P.C., 1300 IDS Center, 80 South 8th Street, Minneapolis, Minnesota, 55402.

5. I have found Mr. Voss to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move the admission of Andrew Voss, *pro hac vice*.

WHEREFORE it is respectfully requested that the Motion to Admit Andrew Voss, *Pro Hac Vice* to represent Ecolab in above captioned matter, be granted.

Dated:

City, State:

Notarized:

Respectfully Submitted,

Christina L. Feege

**EXHIBIT B**

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

## Eastern District of Michigan

## CERTIFICATE OF GOOD STANDING

I,                    David J. Weaver                    , *Clerk of this Court,*

*certify that*                    Andrew J. Voss                    ,

*was duly admitted to practice in this Court on*

July 14, 2005                    *, and is in good standing*

DATE

*as a member of the Bar of this Court.*

*Dated at*                    Detroit, MI                    *on*    February 28, 2008    .

LOCATION                                                              DATE

David J. Weaver
*CLERK*

*DEPUTY CLERK*

# CERTIFICATE OF GOOD STANDING

United States of America          *
    Court of Appeals          *          ss.
    for the Eighth Circuit          *

I, *Michael E. Gans*, Clerk of the United States Court of Appeals for the Eighth Circuit, DO HEREBY CERTIFY That **Andrew J. Voss** was duly admitted to practice in said Court on **November 19, 1998** and is in good standing in said Court.

**Dated at St. Louis, Missouri**

**on February 4, 2008.**

*Michael E. Gans*
**Clerk of Court**

By *Robin Weinberg*
**Chief Deputy Clerk**



# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

ANDREW JAMES VOSS

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 22, 1993

Given under my hand and seal of this court on

January 14, 2008

*Fredrick K. Grittner*

Fredrick K. Grittner
Clerk of Appellate Courts

February 1, 2008  AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

### District of Minnesota

### CERTIFICATE OF
### GOOD STANDING

I, Richard D. Sletten, Clerk of this Court, certify that

Andrew J. Voss, Bar # 241556, was duly admitted

to practice in this Court on July 29, 1994, and is in

good standing as a member of the Bar of this Court.

Dated at Minneapolis, Minnesota, on February 1, 2008.

RICHARD D. SLETTEN, CLERK

(By)          Deborah D. Bell / Deputy Clerk

Form Modified 12/30/03

AO136
(Rev. 9/98)

# United States District Court

## Eastern District of Wisconsin

# Certificate of Good Standing

I, JON W. SANFILIPPO , Clerk of the United States District Court, Eastern District of

Wisconsin,

DO HEREBY CERTIFY that **Andrew J. Voss**, Bar #241556, was duly admitted to practice

in this Court on October 10, 1995, and is in good standing as a member of the Bar of this Court.

Dated at          Milwaukee, Wisconsin

on               February 5, 2008


Jon W. Sanfilippo
Clerk

By *Regina Luccira*
Deputy Clerk

# UNITED STATES DISTRICT COURT

## EASTERN AND WESTERN DISTRICTS OF ARKANSAS

### CERTIFICATE OF GOOD STANDING

I, James W. McCormack, Clerk of the United States District Court for the Eastern District of Arkansas, do hereby certify that _____ Andrew J. Voss _____, Bar Number _24556_____, was duly admitted to practice in said Court on _April 23rd, 2007_____, and is in good standing as a member of the bar of said Court.

In testimony whereof, I hereunto set my hand and affix the Seal of said Court, at my office in Little Rock, Arkansas, this _5th_ day of ___February___, 2008 .

JAMES W. McCORMACK, CLERK



By: _____

Deputy Clerk

# Certificate of Good Standing

**United States of America** }
**Western District of Wisconsin** } §

I, Theresa M. Owens, Clerk of the United States District Court for the Western District of Wisconsin,

DO HEREBY CERTIFY that Andrew J. Voss was duly admitted to practice in said court on January 25, 2008, and is in good standing in said court.

Dated at MADISON, WI

February 7, 2008

Theresa M. Owens, Clerk

By _____
Deputy Clerk



# CERTIFICATE OF GOOD STANDING

I, Patricia S. Connor, Clerk of this Court, certify that _____ Andrew James Voss _____ was duly admitted to practice in this Court on _____ January 12, 2005 _____, and is in good standing in this Court.

Dated at Richmond, Virginia, on _____ February 6, 2008 _____.



DEPUTY CLERK

Patricia S. Connor
CLERK



# United States Court of Appeals

## for the
## Seventh Circuit

---

## Certificate of Good Standing

I, Gino J. Agnello, Clerk of the United States Court of Appeals for the Seventh Circuit, do hereby certify that Andrew J. Voss was on the fourth day of August, in the year of our Lord one thousand, nine hundred and ninety-five, admitted to practice as an Attorney and Counsellor for the United States Court of Appeals for the Seventh Circuit, and that said Attorney has ever since been in good standing.

**In Testimony Whereof,** I hereunto subscribe my name and affix the seal of the United States Court of Appeals for the Seventh Circuit, this Seventh day of February in the year of our Lord two thousand eight.



*Gino J. Agnello*

Clerk of the United States Court of Appeals for the Seventh Circuit



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

PAMELA E. ROBINSON
CLERK OF COURT

TEL: 217.492.4020
FAX: 217.492.4028

### OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

February 4, 2008

# *Certificate of Good Standing*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | SS. |
| CENTRAL DISTRICT OF ILLINOIS | ) | |

I, Pamela E. Robinson, Clerk of the United States District Court for the Central District of Illinois,

**DO HEREBY CERTIFY** That *ANDREW J VOSS* was duly admitted to practice in said Court on August 7, 2001, and that said person is in good standing in said Court.

Dated at Springfield Illinois

on February 4, 2008.

_____
Clerk

By _____
Deputy Clerk

AO Form 136 (Central District of Illinois)

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

---

TO ALL WHOM IT MAY CONCERN, GREETINGS:

THIS IS TO CERTIFY THAT

### ANDREW J. VOSS,

OF **MINNEAPOLIS**, STATE OF **MINNESOTA**, WAS ON MOTION, FIRST MADE TO THE COURT ON **HIS** BEHALF, DULY ADMITTED AND QUALIFIED AS AN ATTORNEY AND COUNSELOR OF THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT ON THE **NINETEENTH** DAY OF **DECEMBER,** IN THE YEAR OF OUR LORD TWO THOUSAND AND SEVEN, AND THAT **HE,** IS NOW IN GOOD STANDING.

In Testimony Whereof, I Leonard Green, Clerk of said Court, have hereunto set my hand and affixed the seal of the said Court, at the City of Cincinnati, Ohio this 11th day of **February** in the year of our Lord two thousand and eight.

**Leonard Green**
Clerk, United States Court of Appeals
for the Sixth Circuit

Lance Gifford
Deputy Clerk



Form 6CA-21
Revised January 2002

**EXHIBIT C**

**LITTLER MENDELSON, P.C.**
885 Third Avenue, 16th Floor
New York, NY 10022-4834
212.583.9600

Counsel for Defendant
ECOLAB INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL CLARK, DAVID STARKMAN,     Civil Action No. 07-8623
FRANCO DESIMONE, and JOHN DINISI,
individually and on behalf of all other similarly
situated employees,

           Plaintiffs,

v.

ECOLAB, INC.,

           Defendant.

---

## ORDER FOR ADMISSION *PRO HAC VICE* OF ANDREW VOSS ON WRITTEN MOTION

     Upon the motion of Christina L. Feege, Esq., attorney for Ecolab Inc., and said sponsor

attorney's affidavit in support thereof, IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | Andrew Voss |
| Firm Name: | Littler Mendelson, P.C. |
| Address: | 1300 IDS Center |
| | 80 South 8th Street |
| City/State/Zip: | Minneapolis, MN 55402 |
| Phone Number: | 612-630-1000 |
| Email Address: | avoss@littler.com |

is admitted to practice *pro hac vice* as counsel for Ecolab Inc. in the above-captioned case in the

United States District Court for the Southern District of New York.  All attorneys appearing

before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.  Additionally, counsel shall immediately apply for an ECF password at

nysd.uscourts.gov.  Counsel shall also forward the *pro hac vice* fee of $25.00 to the Clerk of

Court.

Dated:
City/State:

_____

United States District Judge

Firmwide:84241527.1 057118.1006

## CERTIFICATE OF SERVICE

I, Christina L. Feege, Esq., hereby certify that on the 25th day of March, 2008,  I caused the foregoing **Defendant's Motion to Admit Andrew Voss *Pro Hac Vice***, along with the accompanying exhibits, to be served via first class mail upon the following:

Adam T. Klein, Esq.
Justin M. Swartz, Esq.
Jack A. Raisner, Esq.,
Outten & Golden LLP
3 Park Avenue, 29th Floor
New York, New York 10016

Dan Getman, Esq.
Michael J.D. Sweeney, Esq.
Matthew Dunn, Esq.
Tara Bernstein, Esq.
GETMAN LAW OFFICE
9 Paradies Lane
New Paltz, New York 12561

_____
Christina L. Feege

Dated: _____