LITTLER MENDELSON, P.C.
885 Third Avenue, 16th Floor
New York, NY 10022-4834
212.583.9600

Counsel for Defendant
ECOLAB INC.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 15 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL CLARK, DAVID STARKMAN, FRANCO DESIMONE, and JOHN DINISI, individually and on behalf of all other similarly situated employees,

      Plaintiffs,

v.

ECOLAB, INC.,

      Defendant.

Civil Action No. 07-8623 (PAC)

---

### ORDER FOR ADMISSION *PRO HAC VICE* OF ANDREW VOSS ON WRITTEN MOTION

Upon the motion of Christina L. Feege, Esq., attorney for Ecolab Inc., and said sponsor attorney's affidavit in support thereof, IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | Andrew Voss |
| Firm Name: | Littler Mendelson, P.C. |
| Address: | 1300 IDS Center |
| | 80 South 8th Street |
| City/State/Zip: | Minneapolis, MN 55402 |
| Phone Number: | 612-630-1000 |
| Email Address: | avoss@littler.com |

is admitted to practice *pro hac vice* as counsel for Ecolab Inc. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys. Additionally, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall also forward the *pro hac vice* fee of $25.00 to the Clerk of Court.

Dated: APR 1 5 2008
City/State: NY, NY

_____
United States District Judge

Firmwide:84241527.1 057118.1006