**OUTTEN & GOLDEN LLP**
Adam T. Klein (AK 3293)
Justin M. Swartz (JS 7989)
Jack A. Raisner (JR 6171)
Rachel M. Bien (RB 6919)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000

**GETMAN LAW OFFICE**
Michael J.D. Sweeney (MS 7959)
Matthew Dunn (MD 1103)
Dan Getman (DG 4613)
Tara Bernstein (TB 7733)
9 Paradies Lane
New Paltz, New York 12561
Telephone: (845) 255-9370

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL CLARK, individually and on behalf all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>ECOLAB, INC.,<br><br>　　　　　　　　　Defendant. | **CONSENT TO BE A PARTY PLAINTIFF**<br><br>No. 07-CV-8623 |

I consent to be a party plaintiff in the foregoing overtime lawsuit against Ecolab, Inc. in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b). I hereby designate Outten & Golden LLP and the Getman Law Office to represent me in the lawsuit.

_____          **REDACTED**          **REDACTED**
Signature                                                **REDACTED**
                                                         **REDACTED**
MANSOUR (MANNY) GHARIAHGOZLOO
Print name

5/13/08
Date

To be considered for representation by Getman Law Office and Outten & Golden mail the completed form to Getman Law Office, 9 Paradies Lane, New Paltz, NY 12561 or send it by fax to # 845-255-8649.