| | |
|---|---|
| **OUTTEN & GOLDEN LLP**<br>Adam T. Klein (AK 3293)<br>Justin M. Swartz (JS 7989)<br>Jack A. Raisner (JR 6171)<br>Rachel M. Bien (RB 6919)<br>3 Park Avenue, 29th Floor<br>New York, New York 10016<br>Telephone: (212) 245-1000 | **GETMAN LAW OFFICE**<br>Michael J.D. Sweeney (MS 7959)<br>Matthew Dunn (MD 1103)<br>Dan Getman (DG 4613)<br>Tara Bernstein (TB 7733)<br>9 Paradies Lane<br>New Paltz, New York 12561<br>Telephone: (845) 255-9370 |

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

MICHAEL CLARK, individually and on behalf all others similarly situated,

        Plaintiff,

v.

ECOLAB, INC.,

        Defendant.

**CONSENT TO BE A PARTY PLAINTIFF**

No. 07-CV-8623

I consent to be a party plaintiff in the foregoing overtime lawsuit against Ecolab, Inc. in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b). I hereby designate Outten & Golden LLP and the Getman Law Office to represent me in the lawsuit.

[signature]
Signature

Ronald Desmarais
Print name

7-15-08
Date

**REDACTED**

**REDACTED**

**REDACTED**

**To be considered for representation by Getman Law Office and Outten & Golden mail the completed form to Getman Law Office, 9 Paradies Lane, New Paltz, NY 12561 or send it by fax to # 845-255-8649.**