USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 13 OCT 2009

**Littler**
Employment & Labor Law Solutions Worldwide

Littler Mendelson, P.C.
1300 IDS Center
80 South 8th Street
Minneapolis, MN 55402.2136

Andrew Voss
612.313.7605 direct
612.630.1000 main
avoss@littler.com

October 9, 2009

**MEMO ENDORSED**

**VIA EMAIL TRANSMISSION**

Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street, Chambers 735
New York, NY 10007

Re:   *Masson et al. v. Ecolab Inc., No. 04-cv-04488 (PAC)*
      *Clark et al. v Ecolab Inc., No. 07-cv-8623 (PAC)*

Dear Judge Crotty:

This letter is sent on behalf of counsel for plaintiffs in the above-referenced matters as well as counsel for Ecolab Inc.

We are pleased to inform the Court that on October 5, 2009 we entered into a Joint Stipulation of Settlement and Release to resolve the above-referenced matters, as well as resolve the Second Circuit appeal of the *English, et al v Ecolab Inc.* decision, subject to Court approval.

Plaintiffs' counsel is preparing a Motion for Preliminary Approval, which should be filed with the Court during the week of October 26, 2009. <u>Accordingly, we ask that the Court provide us with a date for the Preliminary Approval Motion hearing at the Court's earliest convenience following that last week of October.</u>

Respectfully submitted,

*Andrew Voss*
Andrew Voss

AJV/rah

Cc:   Justin Swartz (via email)
      Michael Sweeney (via email)
      Jeffrey Brecher (via email)

Firmwide:92344270.1 057118.1006

Application GRANTED. The hearing is set for 11/2/09 at 3:00pm in Courtroom 20-C.

SO ORDERED: 13 OCT 2009

*Paul A. Crotty*
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

littler.com