

## OUTTEN & GOLDEN LLP

*Advocates for Workplace Fairness*

Wayne N. Outten
Anne Golden
Adam T. Klein
Laurence S. Moy
Gary Phelan
Kathleen Peratis
Justin M. Swartz
Jack A. Raisner
Wendi S. Lazar
Linda A. Neilan
Carmelyn P. Malalis
Tammy Marzigliano

L. Fishel
Lewis M. Steel
Nantiya Ruan
Deborah L. McKenna
S. Koupinian
Julia Gruljh Murphy
Samuel R. Miller
Deirdre D. Barros
Rachel M. Bien
Katherine Blostein
Molly Brooks
Cara E. Greene
Seth M. Marnin
Ossai Miazad
Melissa Pierre-Louis
Lauren Schwartzreich

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 28 OCT 2009

October 26, 2009

**By Facsimile**
The Honorable Paul A. Crotty
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Masson et al. v. Ecolab, Inc.*, 04 Civ. 4488 (PAC)
      *Clark et al. v. Ecolab, Inc.*, 07 Civ. 8623 (PAC)

Dear Judge Crotty:

We represent Plaintiffs in the above-referenced cases. Plaintiffs' plan to file their Motion for Preliminary Approval of Class Settlement, Provisional Certification of the Settlement Class, Appointment of Plaintiffs' Counsel as Class Counsel, Approval of Plaintiffs' Proposed Notice of Settlement, and Other Relief ("Plaintiffs' Motion") on or before November 11, 2009, in advance of the preliminary approval hearing scheduled for November 17, 2009. We respectfully request permission to file a brief of up to 40 pages in support of Plaintiffs' Motion. Defendant's counsel has consented to this request.

We believe that a page extension is necessary to set forth the procedural history of the three cases involved in this litigation and to explain fully the terms of the settlement agreement, which includes an allocation formula that provides class members with different levels of compensation based upon their job title, dates of employment, and state of employment.

Respectfully submitted,

Justin M. Swartz

cc:   Shirley Lerner, Esq. (by facsimile and email)
      Andrew Voss, Esq. (by facsimile and email)
      Jeffrey Brecher, Esq. (by facsimile and email)
      Michael Sweeney, Esq. (by facsimile and email)

SO ORDERED: 28 OCT 2009

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

**MEMO ENDORSED**

3 Park Avenue, 29th Floor    New York, NY 10016    Tel 212-245-1000    Fax 212-977-4005
4 Landmark Square, Suite 201    Stamford, CT 06901    Tel 203-363-7888    Fax 203-363-0333
og@outtengolden.com    www.outtengolden.com